**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Roman Catholic Bishop of Sacramento** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Diocese of Sacramento** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-1270353** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2110 Broadway** <br> **Sacramento, CA 95818** <br> Number, Street, City, State & ZIP Code <br><br> **Sacramento** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.scd.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **The Roman Catholic Bishop of Sacramento**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **8131**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **The Roman Catholic Bishop of Sacramento**    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **The Roman Catholic Bishop of Sacramento**            Case number (*if known*)
         Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | The Roman Catholic Bishop of Sacramento | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/01/2024
                MM / DD / YYYY

**X**    /s/ Jaime Soto                    **Most Reverend Jaime Soto**
Signature of authorized representative of debtor      Printed name

Title    **Bishop**

**18. Signature of attorney**

**X**    /s/ Paul J. Pascuzzi          Date    04/01/2024
Signature of attorney for debtor                MM / DD / YYYY

**Paul J Pascuzzi**
Printed name

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
Firm name

**500 Capitol Mall**
**Suite 2250**
**Sacramento, CA 95814**
Number, Street, City, State & ZIP Code

Contact phone    **(916) 329-7400**      Email address    **ppascuzzi@ffwplaw.com**

**148810 CA**
Bar number and State

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, a California corporation sole, Debtor-In-Possession. | Case No. |
|---|---|

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Jaime Soto, declare under penalty of perjury that I am the incumbent Bishop of The Roman Catholic Bishop of Sacramento, a California corporation sole (the "Corporation"), and that, having consulted the Diocesan Finance Council, the College of Consultors, and others, as required (cf. Canon 1277), I am authorized to adopt the following resolution:

Whereas, it is in the best interest of the Corporation to file a voluntary petition with the United States Bankruptcy Court for the Eastern District of California pursuant to Chapter 11 of Title 11 of the United States Code;

I, Jaime Soto, incumbent Bishop of the Corporation, am authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary reorganization case on behalf of the Corporation; and

I, Jaime Soto, incumbent Bishop of the Corporation, am authorized and directed to appear in all Chapter 11 proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such reorganization case; and

I, Jaime Soto, incumbent Bishop of the Corporation, authorize such other officer, agent or employee of the Corporation ("Authorized Persons") to appear in the Chapter 11 proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with the Chapter 11 Case; and

I, Jaime Soto, incumbent Bishop of the Corporation, declare that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, certificates or other documents and to take such other action, as in the judgment of such person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Case, including, but not limited to, implementing these resolutions and the transactions contemplated by these resolutions, hiring any professionals to represent and assist the Corporation in the Chapter 11 Case; and

I, Jaime Soto, incumbent Bishop of the Corporation, declare that all acts, actions, and transactions relating to the matters contemplated by these resolutions done in the name of the Corporation, which acts would have been approved by these resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

Dated: April ___, 2024

_____
Most Reverend Jaime Soto, Bishop
The Roman Catholic Bishop of Sacramento, a
California corporation sole

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **The Roman Catholic Bishop of Sacramento** United States | |
| Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | ☐ Check if this is an amended filing |
| Case number (if known): | _____ | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JCCP 5108 Plf. #75B<br>John Doe 1<br>c/o Joseph George, Jr. Law Corporation<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 641-7303 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1020<br>Joseph Doe S 501<br>c/o Joseph George, Jr. Law Corporation<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr. Esq.<br>jgeorgejr@psyclaw.com<br>(916) 641-7303 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1034<br>Joseph Doe S 513<br>c/o Joseph George, Jr. Law Corporation<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 641-7303 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1038<br>Joseph Doe S 517<br>c/o Joseph George, Jr. Law Corporation<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 641-7303 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1040<br>Joseph Doe S 518<br>c/o Joseph George, Jr. Law Corporation<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 641-7303 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1049<br>Jennifer Doe S 525<br>c/o Joseph George, Jr. Law Corporation<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 641-7303 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |

Debtor **The Roman Catholic Bishop of Sacramento**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JCCP 5108 Plf. #1159<br>John Doe SAC 1127<br>c/o Jeff Anderson & Associates, PA<br>12011 San Vincente Boulevard<br>Suite 700<br>Los Angeles, CA 90049 | Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(310) 357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1209<br>Jane Doe SAC 2056<br>c/o Jeff Anderson & Associates, PA<br>12011 San Vincente Boulevard<br>Suite 700<br>Los Angeles, CA 90049 | Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(310) 357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1240<br>John Doe SAC 2049<br>c/o Jeff Anderson & Associates, PA<br>12011 San Vincente Boulevard<br>Suite 700<br>Los Angeles, CA 90049 | Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(310) 357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1287<br>Jane Doe SAC 1185<br>c/o Jeff Anderson & Associates, PA<br>12011 San Vincente Boulevard<br>Suite 700<br>Los Angeles, CA 90049 | Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(310) 357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1313<br>Jane Doe SAC 1891<br>c/o Jeff Anderson & Associates, PA<br>12011 San Vincente Boulevard<br>Suite 700<br>Los Angeles, CA 90049 | Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(310) 357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #863<br>John Doe G.B.M.<br>c/o Boucher LLP<br>21600 Oxnard Street<br>Suite 600<br>Woodland Hills, CA 91367 | Raymond Boucher, Esq.<br><br>ray@boucher.la<br><br>(818) 340-5400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #882<br>Jane Doe M.A.G.<br>c/o Boucher LLP<br>21600 Oxnard Street<br>Suite 600<br>Woodland Hills, CA 91367 | Raymond Boucher, Esq.<br><br>ray@boucher.la<br><br>(818) 340-5400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| JCCP 5108 Plf. #1138<br>John Doe J.B.<br>c/o Boucher LLP<br>21600 Oxnard Street<br>Suite 600<br>Woodland Hills, CA 91367 | Raymond Boucher, Esq.<br><br>ray@boucher.la<br><br>(818) 340-5400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |

Debtor **The Roman Catholic Bishop of Sacramento**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JCCP 5108 Plf. #231<br>Jane S.-11 Doe<br>c/o Manly, Stewart & Finaldi<br>19100 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612 | John C. Manly, Esq.<br>jmanly@manlystewart.com<br>(949) 252-9990 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| JCCP 5108 Plf. #220<br>John S-12 Doe<br>c/o Manly, Stewart & Finaldi<br>19100 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612 | John C. Manly, Esq.<br>jmanly@manlystewart.com<br>(949) 252-9990 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| JCCP 5108 Plf. #491<br>John MF Roe SAC<br>c/o Zalkin Law Firm, P.C.<br>10590 West Ocean Air Drive<br>Suite 125<br>San Diego, CA 92130 | Devin M. Storey, Esq.<br>dms@zalkin.com<br>(858) 259-3011 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| JCCP 5108 Plf. #371<br>John TH Roe SAC<br>c/o Zalkin Law Firm, P.C.<br>10590 West Ocean Air Drive<br>Suite 125<br>San Diego, CA 92130 | Devin M. Storey, Esq.<br>dms@zalkin.com<br>(858) 259-3011 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| JCCP 5108 Plf. #145<br>John Doe DM<br>c/o Mary Alexander & Associates, P.C.<br>44 Montgomery Street<br>Suite 1303<br>San Francisco, CA 94104 | Mary E. Alexander, Esq.<br>malexander@maryalexanderlaw.com<br>(415) 433-4440 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| JCCP 5108 Plf. #164<br>John Doe L.L.<br>c/o Mary Alexander & Associates, P.C.<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104 | Mary E. Alexander, Esq.<br>malexander@maryalexanderlaw.com<br>(415) 433-4440 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Bishop of Sacramento |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors　　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/01/2024　　　X  /s/ Thomas McNamara
　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　Thomas McNamara
　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　CFO
　　　　　　　　　　　　　　　Position or relationship to debtor