**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>The Roman Catholic Bishop of Sacramento<br><br>　　　　　　　　　　　　　　　　　　Debtor(s). | Bankruptcy Case No. *(If known)* : |

*The following additional information is required when filing this form in an adversary proceeding.*

| | |
|---|---|
| <br>v.<br>　　　　　　　　　　　　Plaintiff(s),<br><br><br>　　　　　　　　　　　　Defendant(s). | Adversary Proceeding No. *(If known)* : |

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

　　　　　　　　　　The Roman Catholic Bishop of Sacramento
　　　　　　　　　　*[Insert name of corporate debtor/party]*

**Check one:**　　☒ DEBTOR　　☐ PLAINTIFF　　☐ DEFENDANT　　☐ OTHER *(specify):* _____

*Instructions:* Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.

☐ 1. **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest**:

　　*Name:*　_____
　　*Address:*　_____

　　*Name:*　_____
　　*Address:*　_____

　　*Name:*　_____
　　*Address:*　_____

　　*Name:*　_____
　　*Address:*　_____

　　*(For additional names, attach an addendum to this form.)*

☒ 2. **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:　04/01/2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jaime Soto
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Authorized Individual for Corporate Debtor/Party

　　　　　　　　　　　　　　　　　　　　　　　　Most Reverend Jaime Soto
　　　　　　　　　　　　　　　　　　　　　　　　Printed Name of Authorized Individual for Corporate Debtor/Party

　　　　　　　　　　　　　　　　　　　　　　　　Bishop
EDC 3-500 (New 12/2012)　　　　　　　　　　　　　　Title of Authorized Individual for Corporate Debtor/Party