# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title:** The Roman Catholic Bishop of Sacramento

**Case No.:** 24-21326 - C - 11

**Docket Control No.** FWP-2

**Date:** 04/04/2024
**Time:** 10:00 AM

**Matter:** [8] - Chapter 11 First Day Motion/Application for Interim and Final Orders Authorizing Continued Use of Cash Management System, Operational Bank Accounts and Related Investment Accounts [FWP-2] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs) [8] - Chapter 11 First Day Motion/Application for Interim and Final Orders Authorizing Continued Use of Current Investment Policy [FWP-2] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs) [8] - Chapter 11 First Day Motion/Application for Interim and Final Orders Authorizing Maintenance of Existing Business Forms [FWP-2] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs) [8] - Chapter 11 First Day Motion/Application for Interim and Final Orders Excusing Compliance with Section 345(b) [FWP-2] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs) [8] - Chapter 11 First Day Motion/Application for Interim and Final Orders Scheduling a Final Hearing [FWP-2] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
 Debtor's Attorney - Paul J. Pascuzzi; (by zoom) Debtor's Attorney - Ori Katz;  (by zoom) Debtor's Attorney - Jeannie Kim
 **Respondent(s):**
 United States Trustee's Attorney - Jason Blumberg;  (by zoom) Interested Party's Attorney - Joshua Weinberg;  (by zoom) Interested Party's Attorney - Annette Rolain;  (by zoom) Interested Party - Wayne Weitz;   (by zoom) Interested Party - David Greenblatt;  (by zoom) Creditor's Attorney - Brittany Clark

---

## CIVIL MINUTES

Motion granted on an interim basis.

A final hearing will be held on **April 24, 2024, at 10:00 a.m.** at Sacramento Courtroom 35, Department C.

Written oppositions shall be filed by April 18, 2024.

Written replies shall be filed by April 22, 2024.

**ORDER TO BE PREPARED BY: Mr. Pascuzzi**

**ORDER TO BE APPROVED BY: Mr. Blumberg**