# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** The Roman Catholic Bishop of Sacramento

**Case No.:** 24-21326 - C - 11

**Docket Control No.** FWP-3

**Date:** 04/04/2024

**Time:** 10:00 AM

**Matter:** [14] - Chapter 11 First Day Motion/Application for Order Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses [FWP-3] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs) [14] - Chapter 11 First Day Motion/Application for Order Directing Banks to Honor Payroll and Expense Checks [FWP-3] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs) [14] - Chapter 11 First Day Motion/Application for Order to Pay Accrued Employee Benefits and Taxes [FWP-3] Filed by Debtor The Roman Catholic Bishop of Sacramento (mgrs)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney – Paul Pascuzzi; (by zoom) Debtor's Attorney - Ori Katz; (by zoom) Debtor's Attorney - Jeannie Kim
**Respondent(s):**
United States Trustee's Attorney - Jason Blumberg; (by zoom) Interested Party's Attorney - Joshua Weinberg; (by zoom) Interested Party's Attorney - Annette Rolain; (by zoom) Interested Party - Wayne Weitz; (by zoom) Interested Party - David Greenblatt; (by zoom) Creditor's Attorney - Brittany Clark

---

### CIVIL MINUTES

Motion granted on an interim basis.

A final hearing will be held on **April 24, 2024, at 10:00 a.m.** at Sacramento Courtroom 35, Department C.

Written oppositions shall be filed by April 18, 2024.

Written replies shall be filed by April 22, 2024.

    **ORDER TO BE PREPARED BY: Mr. Pascuzzi**

    **ORDER TO BE APPROVED BY: Mr. Blumberg**