PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Bishop of Sacramento

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN: FWP-17 |
| Debtor in Possession. | |

**DEBTOR IN POSSESSION'S APPLICATION FOR ORDER ADJUSTING LOCAL RULE 2015-1 DEADLINE FOR FILING MONTHLY OPERATING REPORTS**

The Roman Catholic Bishop of Sacramento, the debtor in possession herein (the "Debtor in Possession" or "RCBS"), in the above-captioned case (the "Bankruptcy Case"), hereby applies for an order adjusting the deadline for the Debtor in Possession to file its monthly operating reports

-1-

("Monthly Operating Reports") from the fourteenth day of each month following the month of the reported period to the twenty-first day of each month following the month of reported period pursuant to Local Rule 2015-1 for the United States Bankruptcy Court for the Eastern District of California ("L.B.R. 2015-1"). This application ("Application") is supported by the *Declaration of Thomas McNamara*. In further support of this Application, the Debtor in Possession respectfully states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this case and this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are L.B.R. 2015-1(f) and Local Rule 1001-1(f) for the Eastern District of California ("L.B.R. 1001-1(f)").

## BACKGROUND

2. On April 1, 2024 ("Petition Date"), the Debtor in Possession filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code[1] in the United States Bankruptcy Court for the Eastern District of California. No trustee, examiner or creditors' committee has been appointed in this chapter 11 case.

3. The primary role of the RCBS is to provide resources, spiritual leadership, direction, support, planning, programming, leadership development and other services to the parishes, schools, cemeteries, and various other Catholic-based social and community service organizations that operate in the Diocese.[2] The Diocese includes 102 parishes, 36 missions, three Newman Catholic Centers, 36 Catholic parish schools and five Catholic high schools.

4. The Debtor in Possession operates an intricate cash management system (the "Cash Management System"), which is illustrated on **Exhibit 2** attached to the Exhibit List filed at ECF No. 10 at pg. 10 in connection with the pending Cash Management Motion. As of the Petition

---

[1] Unless otherwise indicated, all section references in this Application are to the "Bankruptcy Code," 11 U.S.C. §§ 101, *et seq.*

[2] The term "Diocese" is used herein exclusively to refer to the geographic territory under the jurisdiction of the RCBS.

Date, the Debtor in Possession's Cash Management System includes a total of 16 bank accounts, 12 of which are held with Bank of America, three with Chase Bank, and one with US Bank (collectively, the "Bank Accounts").  The Debtor in Possession also maintains several investment accounts (collectively, the "Investment Accounts") to diversify its holdings and yield the maximum reasonable net return on such money, taking into account the duration and safety of such deposit or investment.  *See* ECF No. 11.  As shown therein, there are certain funds held in the Bank Accounts and Investment Accounts that are identified as "Restricted," meaning that they are subject to charitable restrictions and constitute restricted funds.  As such, these funds are not available to creditors of the estate.  The RCBS maintains records to account for the differing character of funds it holds.

5. The current deadline for the Debtor in Possession to file its Monthly Operating Reports is the fourteenth day of each month following the month of the reported period, through the month in which an order of confirmation, conversion, or dismissal is entered.  *See* L.B.R. 2015-1(c).

6. The Debtor in Possession has filed an application to employ GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services, together with its agents and independent contractors (collectively "B. Riley") as its financial advisor, to assist with, among other things, the preparation of the Monthly Operating Reports.  *See* ECF No. 91.  Based upon the size and complexity of this case, B. Riley advises that it would be burdensome to have the Monthly Operating Reports filed by the fourteenth of the month.

7. Additionally, given the intricacy of its Cash Management System, it will be difficult for the Debtor in Possession to obtain and analyze the numerous bank statements from the many financial institutions at which it holds accounts in sufficient time to be able to accurately complete the monthly operating reports by the fourteenth of each month.

8. Based on the foregoing, adjusting the deadline for the Debtor in Possession to file its Monthly Operating Reports from the fourteenth day of each month following the month of the reported period, to the twenty-first day of each month following the month of reported period, is in the best interests of the Debtor in Possession, its creditors, and the estate.

9. The Debtor in Possession has consulted with the U.S. Trustee's Office regarding this request. The U.S. Trustee's Office has authorized the counsel for the Debtor in Possession to represent that it has no objection to an extension of the deadline to file the Monthly Operating Reports from the fourteenth (14th) day of the month to the twenty-first (21st) day of the month in this case.

## BASIS FOR RELIEF

10. L.B.R. 2015-1(f) provides: "The Court may, for cause, modify the provisions of this Rule to accommodate the needs of a particular case as provided in LBR 1001-1(f). Any application to modify shall be served on all parties upon whom the monthly report is required to be served." L.B.R. 2015-1(d) requires the Monthly Operating Reports to be served on the U.S. Trustee, the case trustee, the chairperson and counsel for any committee of creditors or equity security holders, and any other entity ordered by the Court.

11. Here, this Application will be served on all parties upon whom the Monthly Operating Reports are required to be served. Further, due to the circumstances described herein, the Debtor in Possession believes that ample cause exists to adjust the deadlines in L.B.R. 2015-1 to allow the Debtor in Possession to file its Monthly Operating Reports on the twenty-first (21st) day of the month following the month of the reported period rather than the fourteenth (14th) day of the month following the month of the reported period in this case.

## CONCLUSION

WHEREFORE, the Debtor in Possession respectfully requests that this Court:

1. Enter an order under L.B.R. 2015-1 to allow the Debtor in Possession to file its Monthly Operating Reports on the twenty-first (21st) day of the month following the month of the reported period rather than the fourteenth (14th) day of the month following the month of the reported period; and

///

///

///

///

-4-

2. Granting the Debtor in Possession such other and further relief as is just and proper.

Dated: April 11, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP

By  */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Proposed Attorneys for The Roman Catholic
Bishop of Sacramento

Dated: April 11, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN
Proposed Attorneys for The Roman Catholic
Bishop of Sacramento

-5-