PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>Debtor in Possession. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN:  FWP-6 |

**LIMITED SERVICE LIST**

**[As of April 15, 2024)**

-1-

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

**DEBTOR**

THE ROMAN CATHOLIC BISHOP OF SACRAMENTO
ATTN: THOMAS MCNAMARA
2110 BROADWAY
SACRAMENTO CA 95818

**PROPOSED COUNSEL TO THE DEBTOR**

FELDERSTEIN FITZGERALD, WILLOUGHBY, ET AL.
PAUL J PASCUZZI
500 CAPITOL MALL
STE 2250
SACRAMENTO CA 95814
ECF RECIPIENT

FELDERSTEIN FITZGERALD, WILLOUGHBY, ET AL.
JASON E RIOS
500 CAPITOL MALL
STE 2250
SACRAMENTO CA 95814
JRIOS@FFWPLAW.COM

FELDERSTEIN FITZGERALD, WILLOUGHBY, ET AL.
THOMAS R PHINNEY
500 CAPITOL MALL
STE 2250
SACRAMENTO CA 95814
TPHINNEY@FFWPLAW.COM

SHEPPARD MULLIN RICHTER AND HAMPTON LLP
ORI KATZ
FOUR EMBARCADERO CTR
17TH FL
SAN FRANCISCO CA 94111-4109
OKATZ@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER AND HAMPTON LLP
ALAN H MARTIN
FOUR EMBARCADERO CTR
17TH FL
SAN FRANCISCO CA 94111-4109
AMARTIN@SHEPPARDMULLIN.COM

**US TRUSTEE**

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JARED A DAY
300 BOOTH ST., STE 3009
RENO NV 89509
ECF RECIPIENT

OFFICE OF THE US TRUSTEE
JASON BLUMBERG
501 'I' ST
STE 7-500
SACRAMENTO CA 95814
ECF RECIPIENT

OFFICE OF THE US TRUSTEE
JASON BLUMBERG
501 'I' ST
STE 7-500
SACRAMENTO CA 95814
ECF RECIPIENT

**GOVERMENTAL AGENCIES**

CA DEPT OF TAX AND FEE ADMINISTRATION
ACCT INFORMATION GROUP MIC29
PO BOX 942879
SACRAMENTO CA 94279-0029

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812-2952

EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY SPECIAL PROCEDURES GROUP
PO BOX 826880 MIC 92E
SACRAMENTO CA 94280-0001

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

| GOVERMENTAL AGENCIES | TOP 20 UNSECURED CREDITOR |
|---|---|
| INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JCCP 5108 PLF. #1020 JOSEPH DOE S 501<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| SECRETARY OF THE TREASURY<br>CHIEF COUNSEL REGION IX<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | JCCP 5108 PLF. #1034 JOSEPH DOE S 513<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GEN COUNSEL/OFC<br>OF PROGRAM LITIGATION, BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | JCCP 5108 PLF. #1038 JOSEPH DOE S 517<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| STATE COMPENSATION INSURANCE FUND<br>BANKRUPTCY UNIT<br>PO BOX 8192<br>PLEASANTON CA 94588-8792 | JCCP 5108 PLF. #1040 JOSEPH DOE S 518<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| US ATTORNEY<br>501 I ST<br>STE 10-100<br>SACRAMENTO CA 95814 | JCCP 5108 PLF. #1049 JENNIFER DOE S 525<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| US ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF REGIONAL COUNSEL ORC-3<br>75 HAWTHORNE ST<br>SAN FRANCISCO CA 94105 | JCCP 5108 PLF. #1138 JOHN DOE J.B.<br>C/O BOUCHER LLP<br>RAYMOND BOUCHER, ESQ.<br>21600 OXNARD STREET<br>SUITE 600<br>WOODLAND HILLS CA 91367<br>RAY@BOUCHER.LA |
| US SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER ST<br>STE 900<br>LOS ANGELES CA 90071-9591 | JCCP 5108 PLF. #1159 JOHN DOE SAC 1127<br>MICHAEL RECK, ESQ.<br>C/O JEFF ANDERSON & ASSOCIATES, PA<br>12011 SAN VICENTE BOULEVARD<br>SUITE 700<br>LOS ANGELES CA 90049<br>MRECK@ANDERSONADVOCATES.COM |

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

| TOP 20 UNSECURED CREDITOR | TOP 20 UNSECURED CREDITOR |
|---|---|
| JCCP 5108 PLF. #1209 JANE DOE SAC 2056<br>MICHAEL RECK, ESQ.<br>C/O JEFF ANDERSON & ASSOCIATES, PA<br>12011 SAN VICENTE BOULEVARD<br>SUITE 700<br>LOS ANGELES CA 90049<br>MRECK@ANDERSONADVOCATES.COM | JCCP 5108 PLF. #231 JANE S-11 DOE<br>C/O MANLY, STEWART & FINALDI<br>JOHN C. MANLY, ESQ.<br>19100 VON KARMAN AVENUE<br>SUITE 800<br>IRVINE CA 92612<br>JMANLY@MANLYSTEWART.COM |
| JCCP 5108 PLF. #1240 JOHN DOE SAC 2049<br>MICHAEL RECK, ESQ.<br>C/O JEFF ANDERSON & ASSOCIATES, PA<br>12011 SAN VICENTE BOULEVARD<br>SUITE 700<br>LOS ANGELES CA 90049<br>MRECK@ANDERSONADVOCATES.COM | JCCP 5108 PLF. #371 JOHN TH ROE SAC<br>C/O THE ZALKIN LAW FIRM, P.C.<br>DEVIN M. STOREY, ESQ.<br>10590 WEST OCEAN AIR DRIVE<br>SUITE 125<br>SAN DIEGO CA 92130<br>DMS@ZALKIN.COM |
| JCCP 5108 PLF. #1287 JANE DOE SAC 1185<br>MICHAEL RECK, ESQ.<br>C/O JEFF ANDERSON & ASSOCIATES, PA<br>12011 SAN VICENTE BOULEVARD<br>SUITE 700<br>LOS ANGELES CA 90049<br>MRECK@ANDERSONADVOCATES.COM | JCCP 5108 PLF. #491 JOHN MF ROE SAC<br>C/O THE ZALKIN LAW FIRM, P.C.<br>DEVIN M. STOREY, ESQ.<br>10590 WEST OCEAN AIR DRIVE<br>SUITE 125<br>SAN DIEGO CA 92130<br>DMS@ZALKIN.COM |
| JCCP 5108 PLF. #1313 JANE DOE SAC 1891<br>MICHAEL RECK, ESQ.<br>C/O JEFF ANDERSON & ASSOCIATES, PA<br>12011 SAN VICENTE BOULEVARD<br>SUITE 700<br>LOS ANGELES CA 90049<br>MRECK@ANDERSONADVOCATES.COM | JCCP 5108 PLF. #75B JOHN DOE 1<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| JCCP 5108 PLF. #145 JOHN DOE DM<br>C/O MARY ALEXANDER & ASSOCIATES, P.C.<br>MARY E. ALEXANDER, ESQ.<br>44 MONTGOMERY STREET<br>SUITE 1303<br>SAN FRANCISCO CA 94104<br>MALEXANDER@MARYALEXANDERLAW.COM | JCCP 5108 PLF. #863 JOHN DOE G.B.M.<br>C/O BOUCHER LLP<br>RAYMOND BOUCHER, ESQ.<br>21600 OXNARD STREET<br>SUITE 600<br>WOODLAND HILLS CA 91367<br>RAY@BOUCHER.LA |
| JCCP 5108 PLF. #164 JOHN DOE L.L.<br>C/O MARY ALEXANDER & ASSOCIATES, P.C.<br>MARY E. ALEXANDER, ESQ.<br>44 MONTGOMERY STREET<br>SUITE 1303<br>SAN FRANCISCO CA 94104<br>MALEXANDER@MARYALEXANDERLAW.COM | JCCP 5108 PLF. #882 JANE DOE M.A.G.<br>C/O BOUCHER LLP<br>RAYMOND BOUCHER, ESQ.<br>21600 OXNARD STREET<br>SUITE 600<br>WOODLAND HILLS CA 91367<br>RAY@BOUCHER.LA |
| JCCP 5108 PLF. #220 JOHN S-12 DOE<br>C/O MANLY, STEWART & FINALDI<br>JOHN C. MANLY, ESQ.<br>19100 VON KARMAN AVENUE<br>SUITE 800<br>IRVINE CA 92612<br>JMANLY@MANLYSTEWART.COM | |

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

**PARTIES REQUESTING NOTICE**

BOUTIN JONES INC, ATTORNEYS AT LAW
THOMAS G MOUZES;BASHAR AHMAD
555 CAPITOL MALL STE 1500
SACRAMENTO CA 95814
ECF RECIPIENT

WILKE FLEURY LLP
DANIEL L. EGAN
621 CAPITOL MALL, 9TH FLOOR
SACRAMENTO CA 95814
ECF RECIPIENT

DUANE MORRIS LLP
JEFF D KAHANE
865 SOUTH FIGUEROA ST.,STE 3100
LOS ANGELES CA 90017-5450
ECF RECIPIENT

DUANE MORRIS LLP
BETTY LUU
865 SOUTH FIGUEROA ST.,STE 3100
LOS ANGELES CA 90017-5450
ECF RECIPIENT

ARENTFOX SCHIFF LLP
J MARK FISHER; EVERETT J CYGAL;DANIEL J SCHUFREIDER
233 SOUTH WACKER DRIVE, STE 7100
CHICAGO IL 60606
ECF RECIPIENT

ARENTFOX SCHIFF LLP
ARAM ORDUBEGIAN;CHRISTOPHER K S WONG
44 MONTGOMERY ST.,38TH FLOOR
SAN FRANCISCO CA 94104
ECF RECIPIENT

MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP
HAGOP T BEDOYAN
7647 NORTH FRESNO ST
FRESNO CA 93720
ECF RECIPIENT

**PARTIES REQUESTING NOTICE**

DUANE MORRIS LLP
RUSSELL W ROTEN
865 SOUTH FIGUEROA ST.,STE 3100
LOS ANGELES CA 90017-5450
ECF RECIPIENT