5

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:   ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:   okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN: FWP-6 |
| Debtor in Possession. | |

**LIMITED SERVICE LIST**

**[As of April 22, 2024)**

-1-

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

| **DEBTOR** | **US TRUSTEE** |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO<br>ATTN: THOMAS MCNAMARA<br>2110 BROADWAY<br>SACRAMENTO CA 95818 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JARED A DAY<br>300 BOOTH ST.,STE 3009<br>RENO NV 89509<br>ECF RECIPIENT |

**PROPOSED COUNSEL TO THE DEBTOR**

OFFICE OF THE US TRUSTEE
JASON BLUMBERG
501 'I' ST
STE 7-500
SACRAMENTO CA 95814
ECF RECIPIENT

FELDERSTEIN FITZGERALD, WILLOUGHBY, ET AL.
PAUL J PASCUZZI
500 CAPITOL MALL
STE 2250
SACRAMENTO CA 95814
ECF RECIPIENT

OFFICE OF THE US TRUSTEE
JASON BLUMBERG
501 'I' ST
STE 7-500
SACRAMENTO CA 95814
ECF RECIPIENT

FELDERSTEIN FITZGERALD, WILLOUGHBY, ET AL.
JASON E RIOS
500 CAPITOL MALL
STE 2250
SACRAMENTO CA 95814
JRIOS@FFWPLAW.COM

**GOVERMENTAL AGENCIES**

FELDERSTEIN FITZGERALD, WILLOUGHBY, ET AL.
THOMAS R PHINNEY
500 CAPITOL MALL
STE 2250
SACRAMENTO CA 95814
TPHINNEY@FFWPLAW.COM

CA DEPT OF TAX AND FEE ADMINISTRATION
ACCT INFORMATION GROUP MIC29
PO BOX 942879
SACRAMENTO CA 94279-0029

SHEPPARD MULLIN RICHTER AND HAMPTON LLP
ORI KATZ
FOUR EMBARCADERO CTR
17TH FL
SAN FRANCISCO CA 94111-4109
OKATZ@SHEPPARDMULLIN.COM

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812-2952

SHEPPARD MULLIN RICHTER AND HAMPTON LLP
ALAN H MARTIN
FOUR EMBARCADERO CTR
17TH FL
SAN FRANCISCO CA 94111-4109
AMARTIN@SHEPPARDMULLIN.COM

EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY SPECIAL PROCEDURES GROUP
PO BOX 826880 MIC 92E
SACRAMENTO CA 94280-0001

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

| GOVERMENTAL AGENCIES | TOP 20 UNSECURED CREDITOR |
|---|---|
| INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JCCP 5108 PLF. #1020 JOSEPH DOE S 501<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| SECRETARY OF THE TREASURY<br>CHIEF COUNSEL REGION IX<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | JCCP 5108 PLF. #1034 JOSEPH DOE S 513<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GEN COUNSEL/OFC<br>OF PROGRAM LITIGATION, BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | JCCP 5108 PLF. #1038 JOSEPH DOE S 517<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| STATE COMPENSATION INSURANCE FUND<br>BANKRUPTCY UNIT<br>PO BOX 8192<br>PLEASANTON CA 94588-8792 | JCCP 5108 PLF. #1040 JOSEPH DOE S 518<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| US ATTORNEY<br>501 I ST<br>STE 10-100<br>SACRAMENTO CA 95814 | JCCP 5108 PLF. #1049 JENNIFER DOE S 525<br>C/O JOSEPH GEORGE, JR. LAW CORPORATION<br>JOSEPH GEORGE, JR., ESQ.<br>601 UNIVERSITY AVENUE<br>SUITE 270<br>SACRAMENTO CA 95825<br>JGEORGEJR@PSYCLAW.COM |
| US ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF REGIONAL COUNSEL ORC-3<br>75 HAWTHORNE ST<br>SAN FRANCISCO CA 94105 | JCCP 5108 PLF. #1138 JOHN DOE J.B.<br>C/O BOUCHER LLP<br>RAYMOND BOUCHER, ESQ.<br>21600 OXNARD STREET<br>SUITE 600<br>WOODLAND HILLS CA 91367<br>RAY@BOUCHER.LA |
| US SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER ST<br>STE 900<br>LOS ANGELES CA 90071-9591 | JCCP 5108 PLF. #1159 JOHN DOE SAC 1127<br>MICHAEL RECK, ESQ.<br>C/O JEFF ANDERSON & ASSOCIATES, PA<br>12011 SAN VICENTE BOULEVARD<br>SUITE 700<br>LOS ANGELES CA 90049<br>MRECK@ANDERSONADVOCATES.COM |

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

**TOP 20 UNSECURED CREDITOR**

JCCP 5108 PLF. #1209 JANE DOE SAC 2056
MICHAEL RECK, ESQ.
C/O JEFF ANDERSON & ASSOCIATES, PA
12011 SAN VICENTE BOULEVARD
SUITE 700
LOS ANGELES CA 90049
MRECK@ANDERSONADVOCATES.COM

JCCP 5108 PLF. #1240 JOHN DOE SAC 2049
MICHAEL RECK, ESQ.
C/O JEFF ANDERSON & ASSOCIATES, PA
12011 SAN VICENTE BOULEVARD
SUITE 700
LOS ANGELES CA 90049
MRECK@ANDERSONADVOCATES.COM

JCCP 5108 PLF. #1287 JANE DOE SAC 1185
MICHAEL RECK, ESQ.
C/O JEFF ANDERSON & ASSOCIATES, PA
12011 SAN VICENTE BOULEVARD
SUITE 700
LOS ANGELES CA 90049
MRECK@ANDERSONADVOCATES.COM

JCCP 5108 PLF. #1313 JANE DOE SAC 1891
MICHAEL RECK, ESQ.
C/O JEFF ANDERSON & ASSOCIATES, PA
12011 SAN VICENTE BOULEVARD
SUITE 700
LOS ANGELES CA 90049
MRECK@ANDERSONADVOCATES.COM

JCCP 5108 PLF. #145 JOHN DOE DM
C/O MARY ALEXANDER & ASSOCIATES, P.C.
MARY E. ALEXANDER, ESQ.
44 MONTGOMERY STREET
SUITE 1303
SAN FRANCISCO CA 94104
MALEXANDER@MARYALEXANDERLAW.COM

JCCP 5108 PLF. #164 JOHN DOE L.L.
C/O MARY ALEXANDER & ASSOCIATES, P.C.
MARY E. ALEXANDER, ESQ.
44 MONTGOMERY STREET
SUITE 1303
SAN FRANCISCO CA 94104
MALEXANDER@MARYALEXANDERLAW.COM

JCCP 5108 PLF. #220 JOHN S-12 DOE
C/O MANLY, STEWART & FINALDI
JOHN C. MANLY, ESQ.
19100 VON KARMAN AVENUE
SUITE 800
IRVINE CA 92612
JMANLY@MANLYSTEWART.COM

**TOP 20 UNSECURED CREDITOR**

JCCP 5108 PLF. #231 JANE S-11 DOE
C/O MANLY, STEWART & FINALDI
JOHN C. MANLY, ESQ.
19100 VON KARMAN AVENUE
SUITE 800
IRVINE CA 92612
JMANLY@MANLYSTEWART.COM

JCCP 5108 PLF. #371 JOHN TH ROE SAC
C/O THE ZALKIN LAW FIRM, P.C.
DEVIN M. STOREY, ESQ.
10590 WEST OCEAN AIR DRIVE
SUITE 125
SAN DIEGO CA 92130
DMS@ZALKIN.COM

JCCP 5108 PLF. #491 JOHN MF ROE SAC
C/O THE ZALKIN LAW FIRM, P.C.
DEVIN M. STOREY, ESQ.
10590 WEST OCEAN AIR DRIVE
SUITE 125
SAN DIEGO CA 92130
DMS@ZALKIN.COM

JCCP 5108 PLF. #75B JOHN DOE 1
C/O JOSEPH GEORGE, JR. LAW CORPORATION
JOSEPH GEORGE, JR., ESQ.
601 UNIVERSITY AVENUE
SUITE 270
SACRAMENTO CA 95825
JGEORGEJR@PSYCLAW.COM

JCCP 5108 PLF. #863 JOHN DOE G.B.M.
C/O BOUCHER LLP
RAYMOND BOUCHER, ESQ.
21600 OXNARD STREET
SUITE 600
WOODLAND HILLS CA 91367
RAY@BOUCHER.LA

JCCP 5108 PLF. #882 JANE DOE M.A.G.
C/O BOUCHER LLP
RAYMOND BOUCHER, ESQ.
21600 OXNARD STREET
SUITE 600
WOODLAND HILLS CA 91367
RAY@BOUCHER.LA

# LIMITED SERVICE LIST
## The Roman Catholic Bishop of Sacramento
## Case No. 24-21326

**PARTIES REQUESTING NOTICE**

BOUTIN JONES INC, ATTORNEYS AT LAW
THOMAS G MOUZES;BASHAR AHMAD
555 CAPITOL MALL STE 1500
SACRAMENTO CA 95814
ECF RECIPIENT

WILKE FLEURY LLP
DANIEL L. EGAN
621 CAPITOL MALL, 9TH FLOOR
SACRAMENTO CA 95814
ECF RECIPIENT

DUANE MORRIS LLP
JEFF D KAHANE
865 SOUTH FIGUEROA ST.,STE 3100
LOS ANGELES CA 90017-5450
ECF RECIPIENT

DUANE MORRIS LLP
BETTY LUU
865 SOUTH FIGUEROA ST.,STE 3100
LOS ANGELES CA 90017-5450
ECF RECIPIENT

ARENTFOX SCHIFF LLP
J MARK FISHER; EVERETT J CYGAL;DANIEL J SCHUFREIDER
233 SOUTH WACKER DRIVE, STE 7100
CHICAGO IL 60606
ECF RECIPIENT

ARENTFOX SCHIFF LLP
ARAM ORDUBEGIAN;CHRISTOPHER K S WONG
44 MONTGOMERY ST.,38TH FLOOR
SAN FRANCISCO CA 94104
ECF RECIPIENT

MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP
HAGOP T BEDOYAN
7647 NORTH FRESNO ST
FRESNO CA 93720
ECF RECIPIENT

**PARTIES REQUESTING NOTICE**

DUANE MORRIS LLP
RUSSELL W ROTEN
865 SOUTH FIGUEROA ST.,STE 3100
LOS ANGELES CA 90017-5450
ECF RECIPIENT

TREASURER- TAX COLLECTOR
P O BOX 678002
PLACERVILLE CA 95667
ECF RECIPIENT

JESUIT HIGH SCHOOL OF SACRAMENTO
JAMES R DONHAUE, ESQ
1 NATOMA ST
FOLSOM CA 95630
ECF RECIPIENT

THERMALITO WATER SEWER DISTRICT
JAYME BOUCHER
410 GRAND AVENUE
OROVILLE CA 95965
ECF RECIPIENT

**PARTIES REQUESTING NOTICE/SPECIAL**

BOUCHER LLP
RAYMOND P BOUCHER,ESQ
21600 OXNARD ST.,STE 600
WOODLAND HILLS CA 91367
RAY@BOUCHER.LA;CAMPBELL@BOUCHER.LA

FIORE ACHERMAN
SOPHIA ACHERMAN,ESQ
605 MARKET ST STE 1103
SAN FRANCISCO CA 94105
SOPHIA@THEFAFIRM.COM