**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** The Roman Catholic Bishop of Sacramento

**Case No.:** 24-21326 - C - 11

**Docket Control No.** CAE-1

**Date:** 04/24/2024
**Time:** 10:00 AM

**Matter:** Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Paul J. Pascuzzi) (eFilingID: 7335088)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Not Recorded
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

CONTINUED STATUS CONFERENCE NOW TO BE HELD ON **5/1/2024 at 11:00 AM** at Sacramento Courtroom 35, Department C