

Filed 04/30/24          Case 24-21326          Doc 241

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

FILED
APR 30 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,

Debtor in Possession.

CASE NO. 24-21326

Chapter 11

**REQUEST FOR NOTICE**

Pursuant to this Court's Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims, dated April 4, 2024 [ECF No. 80], the undersigned hereby requests notice of future proceedings in the above-captioned bankruptcy case. The undersigned hereby consents that all notices be sent to the following address by first class mail, email, or facsimile:

**Name of Person or Entity:** Pastor of Our Lady of Lourdes Parish.
**Representative of Entity or Attorney** (if applicable) _____
**Address:** 745 Ware Ave
Colusa, CA 95932
**Telephone No.** (530) 458-4170
**Facsimile No.** _____
**Email:** OLLColusa@yahoo.com

Dated: 04/24/2024         [Signature]

If you are using this form to request notice,[1] the original of this document must be filed with the Clerk of the Court electronically, or by mailing to the following address:

Bankruptcy Court Clerk
United States Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, California 95814

A copy must also be served upon counsel for the Debtor at the following address:
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814 – ppascuzzi@ffwplaw.com

---

[1] Request for Notice may also be made by using the court's electronic filing system. For more information visit https://www.caeb.uscourts.gov

-1-

REQUEST FOR NOTICE