PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>            Debtor in Possession. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN: FWP-18<br><br>Date: May 29, 2024<br>Time: 11:00 a.m.<br>Location: Courtroom 35 – Dept. C<br>Judge: Hon. Christopher M. Klein |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that The Roman Catholic Bishop of Sacramento ("<u>RCBS</u>" or "<u>Debtor</u>"), the Debtor and Debtor in Possession in the above-captioned bankruptcy case (the

"Bankruptcy Case") has filed a *Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* (the "Motion"). A summary of the Motion and the relief sought is set forth below.

**NOTICE IS FURTHER GIVEN** that, as further described below, a hearing on the Motion will be held on **May 29, 2024, at 11:00 a.m.** (the "Hearing"), or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Christopher M. Klein, United States Bankruptcy Judge, 501 I Street, Courtroom 35 (Department C), Sacramento, California, 95814, where the Court will hear and consider approval of the Motion.

By the Motion, the Debtor seeks, pursuant to sections 105(a), 327, 328, 330, 363(b) and 1108, of title 11 of the United States Code, entry of an order authorizing, but not directing, the Debtor to: (i) establish certain procedures to retain and compensate those professionals that the Debtor employs in the ordinary course of business (collectively, the "Ordinary Course Professionals"), effective as of the Petition Date (as defined in the Motion), without: (a) the submission of separate retention applications or (b) the issuance of separate retention orders by the Court for each individual Ordinary Course Professional; and (ii) compensate and reimburse Ordinary Course Professionals without individual fee applications.

The Debtor seeks to employ and pay Ordinary Course Professionals to render professional services to the Debtor's estate in the same manner and for the same or similar purposes as such professionals were retained by the Debtor prior to the Petition Date. In the past, Ordinary Course Professionals have provided the Debtor with specialized legal, accounting, investment advice, professional consulting and recruiting, and other services relating to, among other things, real estate law, employment matters, accounting and auditing, actuarial, plan consulting, and immigration that support the Debtor's ordinary day-to-day operations. The requested authority for amounts to be paid without separate application would be limited to $15,000.00 per month and/or $45,000 per quarter per professional, with the exception of the Debtor's CPA/auditors at Moss Adams who is paid approximately $70,000 per year in one to three payments and the Debtor's workers compensation actuary at Perr & Knight who is paid all or substantially all of their compensation annually. Given the irregular billing by these two service providers, they each may be entitled to

payments greater than the monthly/annual cap as detailed in *Exhibit 1* to the Proposed Order. It is essential that the employment of Ordinary Course Professionals, many of whom are familiar with the Debtor's business, be continued to avoid disruption of the Debtor's operations during this Chapter 11 Case.

If approved, the procedures will require the Debtor to file a declaration and questionnaire for each proposed professional, subject to the opportunity to object, and to file quarterly statements disclosing all payments.

The Debtor submits that the proposed employment of the Ordinary Course Professionals and the payment of monthly compensation pursuant to the procedures set forth in the Motion (the "Procedures") are in the best interests of the estate, creditors, and all other parties in interest. The relief requested will save the Debtor the time and expense associated with applying to the Court separately to retain each Ordinary Course Professional, and will avoid the incurrence of additional fees for the preparation and prosecution of numerous interim and final fee applications during this Chapter 11 Case, which relate to relatively modest compensation expenses. Accordingly, the Debtor requests that the Court dispense with the requirement of filing individual retention and fee applications for the Ordinary Course Professionals and authorize the Procedures, as defined in the Motion.

**NOTICE IS FURTHER GIVEN** that the matter will be conducted simultaneously: (1) In Person, at Sacramento Courtroom #35, (2) via ZoomGov Video, (3) via ZoomGov Telephone, and (4) via CourtCall. You may choose any of these options. Parties who wish to appear at a hearing remotely should sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Remote Appearances page of the court's website at https://www.caeb.uscourts.gov/Calendar/RemoteAppearances. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

The Motion is supported by the *Declaration of Thomas McNamara in Support of Chapter*

Filed 05/01/24

*11 Petition and First-Day Motions* ("McNamara Background Decl."), the *Declaration of Stephen J. Greene in Support of Chapter 11 Petition and First-Day Motions* ("Greene Decl."), the *Declaration of Thomas McNamara* in support of the Motion, the exhibits in support thereof, and the court's filings and records in this case.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must do all of the following:

a. On or before **May 15, 2024,** file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1 (f)(1)(ii), explaining your position. Your position must be filed at 501 I Street, Suite 3-200, Sacramento, California, 95814. **If you do not file a written opposition, the court may deem the Motion unopposed, remove the Motion from the calendar, and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.**

b. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before **May 15, 2024.** You must also mail a copy to:

> The Roman Catholic Bishop of Sacramento
> c/o Felderstein Fitzgerald Willoughby
> Pascuzzi & Rios, LLP
> 500 Capitol Mall, Suite 2250
> Sacramento, CA 95814
>
> Office of the United States Trustee
> 501 I Street, Room 7-500
> Sacramento, CA 95814

c. Attend the hearing scheduled on **May 29, 2024, at 11:00 a.m.** at the United States Bankruptcy Court, Sacramento Division, located at Courtroom 35, 501 I Street, 6th Floor, Courtroom 35 (Department C), Sacramento, California, 95814, before the Honorable Christopher M. Klein, United States Bankruptcy Judge.

**NOTICE IS FURTHER GIVEN** that you can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m.

the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

**NOTICE IS FURTHER GIVEN** that this Notice does not contain all the particulars of the Motion or supporting documents for the Motion, nor does it summarize all the evidence submitted in support of the Motion. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website, https://www.donlinrecano.com/rcbsacramento free of charge.

You may also access these documents from the Court's PACER system (requires a subscription). The web page address for the United States Bankruptcy Court for the Eastern District of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case Management/Electronic Case Filing System (CM/ECF system) and PACER registration. If you or your attorney do not attend, the Court may decide that you do not oppose the relief sought in the Motion and may enter orders granting the relief requested.

**NOTICE IS FURTHER GIVEN** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: May 1, 2024        FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By:    */s/ Jason E. Rios*
       PAUL J. PASCUZZI
       JASON E. RIOS
       THOMAS R. PHINNEY
       Attorneys for The Roman Catholic
       Bishop of Sacramento

Dated: May 1, 2024        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/ Ori Katz*
       ORI KATZ
       ALAN H. MARTIN
       Attorneys for The Roman Catholic
       Bishop of Sacramento