# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re:<br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO<br><br>Debtor(s). | Bankruptcy Case No.<br>24-21326 |
|---|---|
| <br>Plaintiff(s),<br>v.<br><br><br>Defendant(s). | Adversary Proceeding No. |

## APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew G. Roberts
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Interstate Fire and Casualty Company & National Surety Corporation.

On November 16, 2017 (date), I was admitted to practice and am presently am in good standing in the Bar of the State of Georgia
(court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

☐ I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

The $300.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number 200006545 ). **[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]**

Date: 4/23/24　　　Signature of Applicant: *Matthew G. Roberts*

EDC 2-602, Rev. 12/18/23

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Matthew G. Roberts |
| Law Firm Name: | Parker, Hudson, Rainer & Dobbs LLP |
| Address: | 303 Peachtree Street, NE, Suite 3600 |
| City: | Atlanta　　　State: GA　　Zip: 30308 |
| Phone Number | (　404　) 420-4752 |
| City and State of Residence: | Atlanta, Georgia |
| Primary E-mail Address: | mroberts@phrd.com |
| Secondary E-mail Address: | |

**Local Attorney**

　　I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew C. Lovell and Laura H. Smith |
| Law Firm Name: | Nicolaides Fink Thorpe Michaelides Sullivan LLP |
| Address: | 101 Montgomery Street, Suite 2300 |
| City: | San Francisco　　　State: CA　　Zip: 94104 |
| Phone Number: | (　415　) 745-3779 |
| State Bar Number: | 189728 (Matthew C. Lovell) and 136117 (Laura H. Smith) |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:_____　　　_____



Lawyers Serving the Public and the Justice System

Mr. Matthew Gregory Roberts
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street NE Suite 3600
Atlanta, GA  30308
UNITED STATES

| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 11/16/2017 |
| BAR NUMBER: | 367914 |
| TODAY'S DATE: | 02/16/2024 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*Official Representative of the State Bar of Georgia*

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# U.S. District Court

## California Eastern - Sacramento

**THIS IS A COPY**

Receipt Date: Apr 11, 2024 8:43AM

Parker Hudson
Suite 3600
Atlanta, GA 30308

| | | | | | |
|---|---|---|---|---|---|
| Rcpt. No: 200006545 | | Trans. Date: Apr 11, 2024 8:43AM | | | Cashier ID: #VK |
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DCAE224LB000043 /001<br>PRO HAC<br>**FBO**: Matthew Gregory Roberts | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1511 | 04/9/2024 | | $300.00 |
| | | | Total Due Prior to Payment: | | $300.00 |
| | | | Total Tendered: | | $300.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.