# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>Debtor(s). | Case No.<br><br>24-21326 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS**

    **PLEASE TAKE NOTICE** that Brian C. Aton of Parker, Hudson, Rainer & Dobbs LLP hereby appears as counsel for Interstate Fire and Casualty Company and National Surety Corporation, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), that all notices given or required to be given and all papers served or required to be served in this case also be given to and served at the following address:

Brian C. Aton
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30308
Phone: (404) 523-5300
Fax: (404) 522-8409
Email: baton@phrd.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted

or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtor.  <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Notices and Papers* or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 28, 2024

                               PARKER, HUDSON, RAINER & DOBBS LLP

By:    /s/ *Brian C. Aton*
        Brian C. Aton (Cal. Bar No. 339266)
        303 Peachtree Street, NE, Suite 3600
        Atlanta, Georgia 30308
        Tel: (404) 523-5300
        Fax: (404) 523-8409
        baton@phrd.com

*Attorney for Interstate Fire & Casualty Company and National Surety Corporation*