5

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>        Debtor in Possession. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN: FWP-21<br><br>Date:       June 26, 2024<br>Time:      11:00 a.m.<br>Location:  Courtroom 35 (Dept. C)<br>Judge:    Hon. Christopher M. Klein |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPROVAL OF (1) TERMINATION OF PRIESTS SUPPLEMENTAL RETIREMENT PLAN (SERP) (2) TRANSFER OF FUNDS, AND (3) PAYMENT OF TRUST TERMINATION EXPENSES**

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Bishop of Sacramento, debtor and debtor in possession herein ("RCBS" or "Debtor"), has filed a Motion for Approval of (1) Termination of Priests Supplemental Retirement Plan (SERP), (2) Transfer of Funds, and (3) Payment of Trust Termination Expenses (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Christopher M. Klein on June 26, 2024, at 11:00 a.m. at the United States Bankruptcy Court, Eastern District of California, Sacramento Division, located at 501 I Street, Courtroom 35 (Department C), Sacramento, California, 95814 (the "Hearing").

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Thomas McNamara in Support of Chapter 11 Petition and Debtor in Possession's Emergency Motions* [ECF No. 6] ("McNamara Background Dec."), the *Declaration of Stephen J. Greene in Support of Chapter 11 Petition and Debtor in Possession's Emergency Motions* [ECF No. 7] ("Greene Background Dec."), the *Declaration of Thomas McNamara* ("McNamara Dec.") in support of the Motion, the pleadings and papers on file in this case, and such other evidence and argument as may be submitted before or during the hearing on the Motion.

By the Motion, the Debtor seeks authority to terminate the "Diocese of Sacramento Priests Supplemental Retirement Plan (SERP)" ("SERP"), which was initiated for the purpose of providing benefits for certain participating priests (collectively, the "Participants"). The SERP is structured as a nonqualified retirement benefit plan. Under applicable rules and regulations, to secure this tax-sheltered status, the Participants' interests in the Plan are expressly subject to the claims of the Debtor's creditors.

In connection with the SERP, the Debtor entered into a Trust Agreement for the SERP ("Trust Agreement"), whereby U.S. Bank is acting as Trustee of the Trust Agreement and holds and manages the SERP trust funds. By this motion, the Debtor also seeks authority to terminate the Trust, and to transfer the funds maintained by the Trustee, currently valued at about $30,000 subject to fluctuation ("SERP Trust Funds"), into a debtor in possession ("DIP") bank account.

The Debtor and U.S. Bank have entered into a Stipulation ("Stipulation") to allow for the termination of the Trust Agreement and providing that the Trustee will return to Debtor all trust assets (the SERP Trust Funds) currently in the Trustee's possession pursuant to the Trust

Agreement, less the Trustee's reasonable expenses and attorney fees. By the Motion, the Debtor and Trustee seek entry of an order pursuant to 11 U.S.C. sections 105, 503, 542, 363(b) and 363(c)(1) of title 11 of the United States Code, approving the Stipulation and directing the Trustee to return to the Debtor all SERP Trust Funds.

**NOTICE IS FURTHER GIVEN** that the matter will be conducted simultaneously: (1) In Person, at Sacramento Courtroom #35, (2) via ZoomGov Video, (3) via ZoomGov Telephone, and (4) via CourtCall. You may choose any of these options. Parties who wish to appear at a hearing remotely should sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Remote Appearances page of the court's website at https://www.caeb.uscourts.gov/Calendar/RemoteAppearances. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must do all of the following:

    a.    On or before **June 12, 2024,** file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1(f)(1)(B), explaining your position, and serve your opposition. Your opposition must be filed at 501 I Street, Suite 3-200, Sacramento, California, 95814. **If you do not timely file a written opposition, the court may deem the Motion unopposed, remove the Motion from the calendar, rule on the Motion before the hearing, and may strike any untimely written opposition. Simply appearing at the hearing is not sufficient to protect any rights you may have.**

    b.    Any opposition or response must be filed and served on the Limited Service List as provided in the Final Order Granting Debtor in Possession's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily

-3-

1   Suspend Deadline For Filing Proofs of Claims at ECF No. 268.  The updated Limited Service

2   List may be obtained from the Donlin Recano website listed below.

3           c.          Attend the hearing scheduled on **June 26, 2024, at 11:00 a.m.** at the United

4   States Bankruptcy Court, Sacramento Division, located at Courtroom 35, 501 I Street, 6th Floor,

5   Courtroom 35 (Department C), Sacramento, California, 95814, before the Honorable Christopher

6   M. Klein, United States Bankruptcy Judge.

7           **NOTICE IS FURTHER GIVEN** that you can determine whether the matter has been

8   resolved without oral argument or whether the court has issued a tentative ruling and can view

9   [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after

10  4:00 p.m. the day before the hearing.  Parties appearing telephonically must view the pre-hearing

11  dispositions prior to the hearing.

12          **NOTICE IS FURTHER GIVEN** that this Notice does not contain all the particulars of

13  the Motion or supporting documents for the Motion, nor does it summarize all the evidence

14  submitted in support of the Motion. For further specifics concerning the Motion and the relief

15  requested, you are encouraged to review the Motion and the supporting evidence, including the

16  supporting   Declarations,   copies   of   which   may   be   obtained   from   the   website,

17  https://www.donlinrecano.com/rcbsacramento free of charge.

18          You may also access these documents from the Court's PACER system (requires a

19  subscription). The web page address for the United States Bankruptcy Court for the Eastern

20  District of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case

21  Management/Electronic Case Filing System (CM/ECF system) and PACER registration. If you or

22  your attorney do not attend, the Court may decide that you do not oppose the relief sought in the

23  Motion and may enter orders granting the relief requested.

24  ///

25  ///

26  ///

27  ///

28  ///

**NOTICE IS FURTHER GIVEN** that your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

Dated: May 29, 2024            FELDERSTEIN FITZGERALD WILLOUGHBY
                               PASCUZZI & RIOS LLP

                               By:     */s/ Paul J. Pascuzzi*
                                       Paul J. Pascuzzi
                                       Jason E. Rios
                                       Thomas R. Phinney
                                       Mikayla E. Kutsuris
                                       Attorneys for The Roman Catholic
                                       Bishop of Sacramento


Dated: May 29, 2024            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By:     */s/ Ori Katz*
                                       Ori Katz
                                       Alan H. Martin
                                       Attorneys for The Roman Catholic
                                       Bishop of Sacramento