5

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
MIKAYLA E. KUTSURIS, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
                mkutsuris@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN:  FWP-19 |
| Debtor in Possession. | Date:      July 9, 2024<br>Time:      10:00 a.m.<br>Location:  Dept. C – Courtroom 35<br>Judge:     Hon. Christopher M. Klein |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER:
(1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF
CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND
(4) APPROVING FORM AND MANNER OF NOTICE**

-1-

NOTICE IS HEREBY GIVEN that the Roman Catholic Bishop of Sacramento, the debtor and debtor in possession ("RCBS" or "Debtor"), in the above-captioned chapter 11 case (the "Bankruptcy Case") has filed a Motion (the "Motion") for an order, in substantially the form attached to the Motion as Exhibit 1 (the "Bar Date Order"): (i) establishing October 1, 2024 as the deadline for filing proofs of claim against the Debtor (the "Bar Date"); (ii) approving the proposed proof of claim form for abuse and other claimants; (iii) approving confidentiality procedures for filing claims arising from abuse; and (iv) approving the form and manner of the proposed notices of the Bar Date.  A hearing on the Motion is scheduled before the Honorable Christopher M. Klein on July 9, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Eastern District of California, Sacramento Division, located at 501 I Street, Courtroom 35 (Department C), Sacramento, California, 95814 (the "Hearing").

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Thomas McNamara in Support of Chapter 11 Petition and First Day Motions* ("McNamara Background Decl.") filed on April 1, 2024  [ECF No. 6], the *Declaration of Stephen J. Greene, Jr. in Support of Chapter 11 Petition and First Day Motions* ("Greene Decl.") filed on April 1, 2024 [ECF No. 7], the supporting *Declaration of Frank Lienert* filed concurrently with this Motion (the "Lienert Decl."),[1] all pleadings, papers, and records on file with the Court, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of hearing.

By its Motion, the Debtor seeks Court approval of a process to obtain complete and accurate information regarding the nature, validity and amount of all claims[2] that may be asserted in this Bankruptcy Case so that the Debtor and other parties in interest:  (a) have the information necessary to negotiate a chapter 11 plan, (b) solicit acceptances or rejections to such a chapter 11 plan, (c) manage and administer fully the Debtor's estate, and (d) make distributions under any confirmed chapter 11 plan.  The Motion requests pursuant to Rule 3003(c) of the Federal Rules of Bankruptcy Procedure and Rule 3003-1 of the Local Rules of Practice for the United States Bankruptcy Court,

---

[1] Unless otherwise defined in the Motion, capitalized terms shall have the same meanings ascribed to them in the McNamara Background Decl., the Greene Decl., and the Lienert Decl.

[2] As used herein, the term "claim" has the meaning given to it in Bankruptcy Code section 101(5).

Eastern District of California, that the Court enter the Bar Date Order: (1) establishing **October 1, 2024** as the "Bar Date" or deadline for filing claims (as further described in the Motion) and provide for related claims procedures, forms, and notices.

PLEASE TAKE FURTHER NOTICE that the Debtor seeks approval of a voluntary Confidential Survivor Supplement based on approved templates used in other Roman Catholic entity bankruptcy cases that requests information necessary to evaluate Survivor Claims, while being sensitive to Survivors. The Motion also requests approval of protocols to maintain the confidentiality of Survivor Claims (described in the Motion), and special notice forms and a publication process. A summary of the proposed special notice forms and other exhibits attached to the Bar Date Order is as follows:

| Exhibit | Description/Title | |
|---|---|---|
| Exhibit A to the Bar Date Order | General Proof of Claim Form | |
| Exhibit B to the Bar Date Order | Confidential Survivor Proof of Claim | |
| | Confidential Survivor Proof of Claim Form | Confidential Survivor Supplement |
| Exhibit C to the Bar Date Order | Confidentiality Agreement | |
| Exhibit D to the Bar Date Order | Notice of Bar Date for General Proofs of Claim | |
| Exhibit E to the Bar Date Order | Notice of Bar Date for Survivor Proofs of Claim | |
| Exhibit F to the Bar Date Order | Publication Notice | |

The Debtor has consulted with counsel for the Official Committee of Unsecured Creditors (the "Committee"), Tracy Hope Davis, the United States Trustee for Region 17 (the "UST"), and various counsel for interested insurance companies (collectively, the "Insurers"), and has endeavored to balance and incorporate their respective comments.

**NOTICE IS FURTHER GIVEN** that the matter will be conducted simultaneously: (1) In Person, at Sacramento Courtroom #35, (2) via ZoomGov Video, (3) via ZoomGov Telephone, and (4) via CourtCall. You may choose any of these options. Parties who wish to appear at a hearing

remotely should sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Remote Appearances page of the court's website at https://www.caeb.uscourts.gov/Calendar/RemoteAppearances. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must do all of the following:

a.     On or before **June 25, 2024,** file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1(f)(1)(B), explaining your position, and serve your opposition. Your opposition must be filed at 501 I Street, Suite 3-200, Sacramento, California, 95814. **If you do not timely file a written opposition, the court may deem the Motion unopposed, remove the Motion from the calendar, rule on the Motion before the hearing, and may strike any untimely written opposition. Simply appearing at the hearing is not sufficient to protect any rights you may have.**

b.     Any opposition or response must be filed and served on the Limited Service List as provided in the *Final Order Granting Debtor in Possession's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline For Filing Proofs of Claims* at ECF No. 268. The updated Limited Service List may be obtained from the Donlin Recano website listed below.

c.     Attend the hearing scheduled on **July 9, 2024, at 10:00 a.m.** at the United States Bankruptcy Court, Sacramento Division, located at Courtroom 35, 501 I Street, 6th Floor, Courtroom 35 (Department C), Sacramento, California, 95814, before the Honorable Christopher M. Klein, United States Bankruptcy Judge. If you or your attorney do not attend, the Court may decide that you do not oppose the relief sought in the Motion and may enter orders granting the relief requested.

1   **NOTICE IS FURTHER GIVEN** that you can determine whether the matter has been

2   resolved without oral argument or whether the court has issued a tentative ruling and can view pre-

3   hearing dispositions [if any] by checking the Court's website at www.caeb.uscourts.gov after 4:00

4   p.m. the day before the hearing.  Parties appearing telephonically must view the pre-hearing

5   dispositions prior to the hearing.

6   **NOTICE IS FURTHER GIVEN** that this Notice does not contain all the particulars of the

7   Motion or supporting documents for the Motion, nor does it summarize all the evidence submitted

8   in support of the Motion.  For further specifics concerning the Motion and the relief requested, you

9   are encouraged to review the Motion and the supporting evidence, including the supporting

10  Declarations, copies of which may be obtained from the website,

11  https://www.donlinrecano.com/rcbsacramento free of charge.

12  You may also access these documents from the Court's PACER system (requires a

13  subscription).  The web page address for the United States Bankruptcy Court for the Eastern District

14  of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case

15  Management/Electronic Case Filing System (CM/ECF system) and PACER registration.

16  **NOTICE IS FURTHER GIVEN** that your rights may be affected.  You should read these

17  papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If

18  you do not have an attorney, you may wish to consult one.

19
20  Dated: June 11, 2024          FELDERSTEIN FITZGERALD WILLOUGHBY
                                  PASCUZZI & RIOS LLP

21                                By:   */s/ Paul J. Pascuzzi*
                                        Paul J. Pascuzzi
22                                      Jason E. Rios
                                        Thomas R. Phinney
                                        Mikayla E. Kutsuris
23                                      Attorneys for The Roman Catholic
                                        Bishop of Sacramento
24

25  Dated: June 11, 2024          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

26                                By:   */s/ Ori Katz*
                                        Ori Katz
27                                      Alan H. Martin
                                        Attorneys for The Roman Catholic
28                                      Bishop of Sacramento

-5-