**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** The Roman Catholic Bishop of Sacramento

**Case No.:** 24-21326 - C - 11

**Docket Control No.** FWP-26

**Date:** 07/09/2024
**Time:** 10:00 AM

**Matter:** Continued AMENDED Opposition/Objection to Proposed Stipulated Protective Order - [392] - AMENDED Opposition/Objection [FWP-26] Filed by Interested Parties Certain London Market Insurance Companies, Certain Underwriters at Lloyd's London Re: [366] Document [FWP-26] (mgrs)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Creditor's Attorney – Matthew Weiss; (by zoom) Creditor's Attorney – Robert Sweeney
**Respondent(s):**
Debtor's Attorney – Paul Pascuzzi; Debtor's Attorney – Thomas Phinney; Unsecured Creditor Committee's Attorney – Robert Kugler; Creditor's Attorney – Ahren Tiller; Creditor's Attorney – Timothy Evanston; United States Trustee's Attorney – Jorge Gaitan; (by zoom) Attorney for Debtor's Insurer – Barron Weinstein; (by zoom) Creditor's Attorney – Steven Williamson

---

**CIVIL MINUTES**

Opposition/Objection removed from calendar; this matter was resolved by the orders entered July 1, 2024 (dkts. 438 and 439).