4

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>Debtor in Possession. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN: FWP-35<br><br>Date: October 23, 2024<br>Time: 11:00 a.m.<br>Location: Courtroom 35 (Dept. C)<br>Judge: Hon. Christopher M. Klein |

**NOTICE OF HEARING ON GREENE & ROBERT'S INTERIM FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2024 THROUGH AUGUST 31, 2024**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that The Roman Catholic Bishop of Sacramento, the debtor and debtor in possession ("RCBS" or "Debtor"), in the above-captioned bankruptcy case (the "Bankruptcy Case") has filed *Greene & Robert's Interim Fee Application for Services Rendered and Expenses Incurred for the Period of June 1, 2024, through August 31, 2024* (the "Application") and that a hearing on the Application is scheduled before the Honorable Christopher M. Klein on October 23, 2024, at 11:00 a.m. at the United States Bankruptcy Court, Eastern District of California, Sacramento Division, located at 501 I Street, Courtroom 35 (Department C), Sacramento, California, 95814 (the "Hearing").

**NOTICE IS FURTHER GIVEN** that by the Application, Greene & Roberts (hereinafter "G&R"), special counsel for the Debtor, seeks allowance of fees and reimbursement of expenses for the period of June 1, 2024, through and including August 31, 2024 (the "Application Period"), pursuant to 11 U.S.C. §§ 105(a), 328, 330 and 331, as set forth in the Request for Relief below.

Through the Application, G&R requests an Order:

1. Approving on an interim basis, G&R's fees in the amount of $94,196.91 to be paid by the Debtor and $2,943.09 in fees to be paid from prior overpayment and reimbursement of expenses in the amount of $13,583.24[1] for a total additional payment from the Debtor of $107,823.24 for the Application Period, as fair, reasonable, and necessary to this matter; and

2. Authorizing the Debtor in Possession to pay G&R the approved fees and costs from available funds of the estate.

The Application is supported by the *Declaration of Stephen J. Greene, Jr.* in support of the Application, the *Declaration of Thomas McNamara* in support of the Application, the *Declaration of Greg Nelson* in support of the Application, the exhibits filed in support of the Application, the pleadings and papers on file in this case, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the Hearing.

**NOTICE IS FURTHER GIVEN** that the matter will be conducted simultaneously: (1)

---

[1] The expenses include an invoice from LitServices LLC in the amount of $12,208.64 for document production support services provided by LitServices from April 2024 through August 31, 2024.

In Person, at Sacramento Courtroom #35, (2) via ZoomGov Video, (3) via ZoomGov Telephone, and (4) via CourtCall. You may choose any of these options. Parties who wish to appear at a hearing remotely should sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Remote Appearances page of the court's website at https://www.caeb.uscourts.gov/Calendar/RemoteAppearances. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

**NOTICE IS FURTHER GIVEN** that the Application is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Application, or if you want the court to consider your views on the Application, then you or your attorney must do all of the following:

a. On or before **October 9, 2024,** file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1(f)(1)(B), explaining your position, and serve your opposition. Your position must be filed at 501 I Street, Suite 3-200, Sacramento, California, 95814. **If you do not timely file a written opposition, the court may deem the Application unopposed, remove the Application from the calendar, rule on the Application before the hearing, and may strike any untimely written opposition. Simply appearing at the hearing is not sufficient to protect any rights you may have.**

b. Any opposition or response must be filed and served on the Limited Service List as provided in the *Final Order Granting Debtor in Possession's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims* at ECF No. 268. The updated Limited Service List may be obtained from the Donlin Recano website listed below.

c. Attend the hearing scheduled on **October 23, 2024, at 11:00 a.m.** at the United States Bankruptcy Court, Sacramento Division, located at 501 I Street, 6th Floor, Courtroom 35 (Department C), Sacramento, California, 95814, before the Honorable Christopher M. Klein,

United States Bankruptcy Judge. If you or your attorney do not attend, the Court may decide that you do not oppose the relief sought in the Application and may enter orders granting the relief requested.

**NOTICE IS FURTHER GIVEN** that you can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**NOTICE IS FURTHER GIVEN** that this Notice does not contain all the particulars of the Application or supporting documents for the Application, nor does it summarize all the evidence submitted in support of the Application. For further specifics concerning the Application and the relief requested, you are encouraged to review the Application and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website, https://www.donlinrecano.com/rcbsacramento free of charge.

You may also access these documents from the Court's PACER system (requires a subscription). The web page address for the United States Bankruptcy Court for the Eastern District of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case Management/Electronic Case Filing System (CM/ECF system) and PACER registration.

**NOTICE IS FURTHER GIVEN** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.

Dated: September 18, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Bishop of Sacramento