4

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
                mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN:     FWP-49 |
| Debtor in Possession. | Date:     February 5, 2025<br>Time:     11:00 a.m.<br>Location:  Courtroom 35 (Dept. C)<br>Judge:    Hon. Christopher M. Klein |

**DONLIN, RECANO & COMPANY, INC.'S THIRD INTERIM FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

Donlin, Recano & Company, Inc. (hereinafter "DRC"), Administrative Advisor for The Roman Catholic Bishop of Sacramento, the debtor and debtor in possession (the "RCBS" or the "Debtor"), submits this application for interim compensation of fees and reimbursement of expenses (the "Application") pursuant to 327(a), 328, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 for the three-month period of September 1, 2024 through and including November 30, 2024 (the "Application Period")[1]. DRC requests authorization to pay the compensation from available funds of the estate. In support thereof, DRC respectfully submits the following:

## I.    RELIEF REQUESTED

Through this Application, DRC requests an Order authorizing payment to DRC by the Debtor of the allowed fees and granting such other relief as the Court deems just and proper for the following:

| Name of Applicant: | **Donlin, Recano & Company, Inc. ("DRC")** |
|---|---|
| Authorized to Provide Professional Services to: | **Administrative Advisor** |
| Date of Retention: | **April 1, 2024, pursuant to Order dated April 23, 2024 [ECF No. 181]** |
| Period for Which Compensation and Reimbursement is sought: | **September 1, 2024, through November 30, 2024** |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$742.50** |
| Amount of DRC Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$0.00** |

## II.    CASE STATUS

To avoid unnecessary duplication, the case status is set forth in *Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP's Interim Fee Application for Services Rendered and Expenses Incurred for the Period of September 1, 2024, through November 30, 2024* as Bankruptcy Counsel for Debtor in Possession and incorporated herein by this reference.

///

---

[1]    DRC's fees requested for the Application Period are only in the month of September 2024. DRC did not incur professional fees subject to Court approval during October 1, 2024 or November 30, 2024.

### III.    SERVICES RENDERED AND COSTS INCURRED

**A.    The Itemization of Services Rendered and Disbursements Made by Category**

The following itemization breaks down the services rendered by DRC by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

**1.    Services Rendered**

A listing of the billing task categories showing the number of professional hours expended and fees incurred under each billing task category are shown below:

| Category | Hours | Fees |
|---|---|---|
| A.    Fee Statement and Application Preparation | 3.3 | $742.50 |
| **Totals** | **3.3** | **$742.50** |

A detailed itemization of the services rendered in the above Service Categories is set forth in DRC's Invoices, annexed to the Exhibit List as ***Exhibit A***.

**2.    DRC Expense Disbursements Made**

DRC did not incur any expenses as Administrative Advisor to the Debtor during the Application Period.

**B.    The Itemization of Services Rendered by DRC Timekeepers**

The hours spent in this case during the Application Period for which DRC seeks compensation, the hourly rate for each professional and the resulting fees are as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---|---|
| Lisa Terry | $225.00 | 3.3 | $742.50 |
| **Totals** | | **3.3** | **$742.50** |

This is DRC's third interim fee application.  The Court approved on an interim basis DRC's First Interim Fee Application awarding fees amounting to $18,544.50 and costs amounting to $0.00 for a total of $18,544.50 [ECF No. 596].  The Court approved on an interim basis DRC's Second Interim Fee Application awarding fees amounting to $3,116.00 and costs amounting to $0.00 for a total of $3,116.00 [ECF No. 817].  The Debtor has paid the approved fees and costs.

///

///

DRC's monthly invoices submitted herewith and incorporated herein as ***Exhibit A*** to the Exhibit List, consist of a daily breakdown of the time spent by each person on each day during the Application Period.

### IV.　　CONCLUSION

Based on all of the above, Donlin, Recano & Company, Inc. respectfully requests this Court to enter its order approving on an interim basis the compensation sought, and reimbursement of expenses requested as fair, reasonable, and necessary to the estate, and entering an order specifically providing as follows:

1.　　Approving on an interim basis professional fees in the amount of $742.50 and reimbursement of expenses in the amount of $0.00 for a total of $742.50 for the Application Period of September 1, 2024, through and including November 30, 2024, as fair, reasonable, and necessary to this matter;

2.　　Authorizing the Debtor in Possession to pay Donlin, Recano & Company, Inc., the approved fees and costs from available funds of the estate; and

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1　　　3.　　For such other and further relief as the Court deems just.

2　Dated: December 18, 2024　　　　　DONLIN, RECANO & COMPANY, INC.

3

4　　　　　　　　　　By:　　*Lisa C. Terry*
　　　　　　　　　　　　　　Lisa Terry
5　　　　　　　　　　Its:　　Senior Legal Director

6　Dated: December 18, 2024　　　　　FELDERSTEIN FITZGERALD WILLOUGHBY
7　　　　　　　　　　　　　　　　　PASCUZZI & RIOS LLP

8　　　　　　　　　　By:　　*/s/ Jason E. Rios*
9　　　　　　　　　　　　　　Paul J. Pascuzzi
　　　　　　　　　　　　　　Jason E. Rios
10　　　　　　　　　　　　　　Thomas R. Phinney
　　　　　　　　　　　　　　Mikayla E. Kutsuris
11　　　　　　　　　　　　　　Attorneys for The Roman Catholic Bishop of
　　　　　　　　　　　　　　Sacramento
12

13　Dated: December 18, 2024　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON
　　　　　　　　　　　　　　　　　LLP
14

15　　　　　　　　　　By:　　*/s/ Ori Katz*
　　　　　　　　　　　　　　Ori Katz
16　　　　　　　　　　　　　　Alan H. Martin
　　　　　　　　　　　　　　Attorneys for The Roman Catholic Bishop of
17　　　　　　　　　　　　　　Sacramento

18

19

20

21

22

23

24

25

26

27

28