# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:                                ) Case No.  24-21326-C-11
                                   ) Docket Control No. FWP-46
THE ROMAN CATHOLIC BISHOP OF   )
SACRAMENTO,                    )
                                   ) Date: February 5, 2025
        Debtor in Possession. ) Time: 11:00 a.m.
                                   ) Dept: C
_____

## ORDER ON MOTION FOR COMPENSATION

Greene & Roberts, special counsel for The Roman Catholic Bishop of Sacramento, debtor-in-possession, brought an application for third interim compensation before the court on February 5, 2025 at 11:00 a.m. This third interim fee application requests compensation in the amount of $148,482.25 in fees and $9,234.98 in expenses for the period of September 1, 2024 through November 30, 2024. The case fee examiner and applicant have mutually agreed to a reduction of $2,734.25 in fees. After a review of the record, the court took the matter as submitted.

11 U.S.C. § 331 permits the court to allow interim compensation and reimbursement for expenses to an applicant. The court will make an interim award of a portion of the amount requested, which award shall remain subject to refund if a lesser sum is awarded at the time the court eventually rules on an application for final compensation after all other issues are resolved.

**IT IS ORDERED** that Greene & Roberts, special counsel for The Roman Catholic Bishop of Sacramento, is awarded one hundred

percent (100%) of the fees requested (amounting to $145,748.00) and all costs requested (amounting to $9,234.98) as interim compensation and reimbursement of expenses, which may be paid subject to the terms of 11 U.S.C. § 726(b) from available funds of the estate on the condition that funds are available to pay in full all anticipated administrative expenses.

Dated: February 06, 2025

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Paul J. Pascuzzi
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

The Official Committee of Unsecured Creditors
c/o Robert T. Kugler
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402

Lori Lapin Jones
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814