**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:

THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,

       Debtor in Possession.

) Case No. 24-21326-C-11
) Docket Control No. MRH-3
)
)
) Date: February 5, 2025
) Time: 11:00 a.m.
) Dept: C

_____

**ORDER ON MOTION FOR COMPENSATION**

    Sheppard, Mullin, Richter & Hampton LLP, co-counsel for The Roman Catholic Bishop of Sacramento, debtor-in-possession, brought an application for third interim compensation before the court on February 5, 2025 at 11:00 a.m.  This third interim fee application requests compensation in the amount of $3,166.40 in fees and $0.00 in expenses for the period of September 1, 2024 through November 30, 2024. After a review of the record, the court took the matter as submitted.

    11 U.S.C. § 331 permits the court to allow interim compensation and reimbursement for expenses to an applicant. The court will make an interim award of a portion of the amount requested, which award shall remain subject to refund if a lesser sum is awarded at the time the court eventually rules on an application for final compensation after all other issues are resolved.

    **IT IS ORDERED** that Sheppard, Mullin, Richter & Hampton LLP, co-counsel for The Roman Catholic Bishop of Sacramento, is awarded one hundred percent (100%) of the fees requested (amounting to $3,166.40), and all costs requested (amounting to $0.00) as

interim compensation and reimbursement of expenses, which may be paid subject to the terms of 11 U.S.C. § 726(b) from available funds of the estate on the condition that funds are available to pay in full all anticipated administrative expenses.

Dated: February 06, 2025

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Paul J. Pascuzzi
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

The Official Committee of Unsecured Creditors
c/o Robert T. Kugler
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402

Ori Katz
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Lori Lapin Jones
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814