**8**

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
      jrios@ffwplaw.com
      tphinney@ffwplaw.com
      mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
      amartin@sheppardmullin.com
      jekim@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN: SMRH-6 |
| Debtor and Debtor in Possession | Date: July 23, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 35 (Dept. C)<br>Judge: Hon. Christopher M. Klein |

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025**

Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin" or the "Applicant"), co-counsel to The Roman Catholic Bishop of Sacramento, the debtor and debtor in possession (the "RCBS" or the "Debtor"), applies (the "Application") for interim award and allowance of compensation and reimbursement of expenses of Sheppard Mullin has incurred in the above-captioned chapter 11 case (the "Bankruptcy Case"), during the period commencing February 1, 2025, through and including May 31, 2025 (the "Application Period"), under Bankruptcy Code[1] sections 105(a), 328, 330 and 331, rules 2016 and 2022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Bankruptcy Local Rules for the Eastern District of California ("LBR").  The Application is based on the *Order on Application to Employ Sheppard, Mullin, Richter & Hampton LLP as Bankruptcy Counsel* [ECF No. 183] (the "Sheppard Mullin Employment Order"), the supporting declaration of Ori Katz filed concurrently herewith (the "Katz Declaration"), the *Exhibits in Support of the Sheppard, Mullin, Richter & Hampton LLP'S Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2025, Through May 31, 2025* (the "Exhibit List"), and all related documents and pleadings previously filed in this Bankruptcy Case or that may be filed prior to the hearing on the Application, and such other evidence, whether oral or documentary, that the Court may elect to consider.  In support of this Application, Sheppard Mullin respectfully represents as follows:

## I.

## INTRODUCTION

This is Sheppard Mullin's fourth interim application for award and allowance of compensation and reimbursement of expenses.  Specifically, Sheppard Mullin seeks entry of an Order awarding and allowing, on an interim basis, compensation in the amount of $101,460.00 on account of fees earned and reimbursement of $358.90 on account of expenses incurred in connection with Sheppard Mullin's representation of the Debtor, for a total award and allowance $101.818.90.

---

[1] The "Bankruptcy Code" means title 11 of the United States Code (11 U.S.C. §§ 101, *et seq.*).  Unless otherwise indicated, all section references in this Application shall be to the Bankruptcy Code.

As stated in the *Application to Employ Sheppard, Mullin, Richter & Hampton LLP as Bankruptcy Counsel* [ECF No. 141] (the "Sheppard Employment Application"), Sheppard Mullin holds a retainer with a remaining credit balance in favor of the Debtor (the "Fee Deposit") in the amount of $40,424.00.

Except as otherwise noted, Sheppard Mullin believes that this Application substantially conforms with the United States Trustee's *Guidelines in Larger Chapter 11 Cases* (the "Trustee's Guidelines") for compensation and expense reimbursement for professionals. A summary of the relief requested is as follows:

| Name of Applicant: | Sheppard Mullin |
|---|---|
| Authorized to Provide Professional Services to: | The Debtor as bankruptcy co-counsel |
| Date of Retention: | April 1, 2024, pursuant to Order dated April 23, 2024 [ECF No. 183] |
| Period for Which Compensation and Reimbursement is sought: | February 1, 2025, through May 31, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $101,460.00 |
| Amount of SMRH Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $358.90 |

## II.

## BACKGROUND AND CASE STATUS

On April 1, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor remains in possession of its estate, and no trustee or examiner has been requested or appointed in this Bankruptcy Case. The Debtor continues to operate and manage its business and financial affairs as a debtor in possession under Bankruptcy Code sections 1107 and 1108.

A discussion of the status of the case (the "Case Status Discussion")[2] is set forth in section II of the *Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP'S Interim Fee Application for*

---

[2] Capitalized terms not otherwise defined in this Application shall have the same meanings ascribed to them in the FFWPR Application.

*Services Rendered and Expenses Incurred for the Period of February 1, 2025 Through May 31, 2025* (the "FFWPR Application") filed in this Bankruptcy Case. Sheppard Mullin incorporates by reference that Case Status Discussion in its entirety in this Application.

### III.

### SERVICES RENDERED AND COSTS INCURRED

Sheppard Mullin attorneys spent 111.6 hours performing the services described in this Application. During the Application Period, Sheppard Mullin has continued to stand by, ready to assist lead bankruptcy counsel Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP as requested in furtherance of the Debtor's administration of this Bankruptcy Case. In this regard, Sheppard Mullin has been mindful of the need to avoid duplication of efforts and continues to limit services provided to the Debtor. During the Application Period, however, due to recent developments in the Judicial Council Coordinated Proceeding pursuant to which the California Judicial Council has consolidated the more than 200 pending state court cases against the Debtor that precipitated the Bankruptcy Case ("JCCP 5108"), the Debtor determined that it needed to commence an adversary proceeding against certain plaintiffs in JCCP 5108 to seek declaratory and injunctive relief confirming that the automatic stay imposed in the Bankruptcy Case stays the actions pending in JCCP 5108 against the Debtor and certain non-Debtor Catholic entities that are named as co-defendants in those actions along with the Debtor, or alternatively, extending the automatic stay to such entities (the "Adversary Proceeding"). During the Application Period, the bulk of professional legal services that Sheppard Mullin provided to the Debtor related to legal research and drafting of (1) the complaint (the "Complaint") to commence the Adversary Proceeding and (2) the motion for declaratory and injunctive relief in furtherance of the judgment the Debtor seeks through the Complaint and Adversary Proceeding.

Additionally, Sheppard Mullin spent time preparing its fourth interim fee application (the "Fourth Fee Application") and conferring with Lori Lapin Jones, the fee examiner appointed in this Bankruptcy Case with respect to the Fourth Fee Application. Notably, and in consultation with Ms. Jones, Sheppard Mullin agreed not to prepare or seek further interim approval of its fees and

expenses until such time that Sheppard Mullin provided more substantive services to the Debtor. As a result, the Application Period covered by the Application does not necessarily track the same Application Period as other estate professionals.

Finally, as mediation proceeds in earnest, Sheppard Mullin spent time coordinating with FFWPR to ensure that the various mediation parties remain current on their respective obligations and contributions to the mediation process.

**A.      Itemization of Services Rendered by Service Category.**

The following itemization breaks down the services rendered by Sheppard Mullin during the Application Period by the applicable service category indicated. As Sheppard Mullin did not incur any expenses on behalf of the Debtor during this Application Period, the firm does not provide an aggregation of disbursements by form of disbursement at this time.

A listing of the billing task categories (each, a "Service Category," and collectively, the "Service Categories") showing the number of professional hours expended and fees incurred under each Service Category are shown below:

| Category | Hours | Fees |
|---|---|---|
| A.   Relief from Stay and Adequate Protection Proceedings | 108.3 | $98,806.80 |
| B.   Fee/Employment Applications | 3.1 | $2,492.40 |
| C.   Claims and Plan | .2 | $160.80 |
| **Totals** | **111.6** | **$101,460.00** |

A detailed itemization of the services rendered in the above Service Categories is set forth in Sheppard Mullin's invoice (one invoice covering the entire Application Period), annexed to the Exhibit List as ***Exhibit 1*** (the "Invoice").

The Invoice further organizes the services rendered by Sheppard Mullin professionals by task, as set forth under the American Bar Association's recommended Bankruptcy and Litigation Code Sets within the Uniform Task-Based Management System used by major U.S. law departments. A true and correct copy of a summary of the services rendered and compensation

sought, sorted by Service Categories that conform to the ABA and UTBMS model systems for the Application Period is attached to the Exhibit List as *Exhibit 2*.

**B.   Itemization of Services Rendered by Sheppard Mullin Timekeepers.**

The hours spent in this case during the Application Period for which Sheppard Mullin seeks compensation, the hourly rate for each attorney and paralegal and the resulting fees are as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---|---|
| Ori Katz | $1,172.00 | 18.6 | $21,799.20 |
| Amanda L. Cottrell | $908.00 | 15.7 | $14,255.60 |
| Susan Haines | $884.00 | 51.7 | $45,702.80 |
| Jeannie Kim | $804.00 | 15.6 | $12,542.40 |
| Matt Benz | $716.00 | 10.0 | $7,160.00 |
| **Totals** | | **111.6** | **$101,460.00** |

During the Application Period, Sheppard Mullin provided 7.3 hours of work, valued at $5,869.20, which are not reflected in the Invoice submitted at Exhibit 1 of the Exhibit List filed concurrently with this declaration, as an exercise of the Firm's billing discretion. The Invoice reflects fees earned by Sheppard Mullin during the Application Period as $101,460.00 and 111.6 hours worked, which is the amount Sheppard Mullin seeks award and allowance by this Court as fees earned.

The blended hourly rate for all services rendered during the Application Period before application of Sheppard Mullin's voluntary billing discretion is $902.68 per hour. After application of the voluntary discount, the blended hourly rate is $909.14.

Sheppard Mullin's Invoice includes detailed, contemporaneously maintained time entries by each professional in increments of tenths (1/10) of an hour to describe the fees incurred during the Application Period. Attached to the Exhibit List as *Exhibit 3* a summary of Sheppard Mullin professionals listing the (a) name and title of each individual who provided services to the Debtor during the Application Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each individual, and (d) amount of fees earned by each individual during the Application Period.

Attached to the Exhibit List as **Exhibit 4** is a summary of customary and comparable compensation prepared by Sheppard Mullin describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. The summary gives defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the Trustee's Guidelines.

Attached to the Exhibit List as **Exhibit 5** is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and Sheppard Mullin. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. Sheppard Mullin is not submitting a detailed staffing plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

## IV.

## CONCLUSION

Based on all of the above, Sheppard Mullin respectfully requests this Court to enter its order approving on an interim basis the compensation sought and reimbursement of expenses requested as fair, reasonable, and necessary to the estate, and entering an order specifically providing as follows:

1. Approving, on an interim basis, professional fees earned in the amount of $101,460.00 in fees earned and reimbursement of expenses in the amount of $358.90, for total award and allowance in the amount of $101,818.90 for the Application Period of February 1, 2025, through and including May 31, 2025, as fair, reasonable, and necessary to the Debtor and its estate;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. Authorizing Sheppard Mullin to apply and draw down from the Fee Deposit the total fees awarded and allowed pursuant to this Application; and

3. For such other and further relief as the Court deems just.

Dated: June 17, 2025     FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By     */s/ Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris

Attorneys for The Roman Catholic Bishop of Sacramento

Dated: June 17, 2025     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Ori Katz*
Ori Katz
Alan H. Martin
Jeannie Kim

Attorneys for The Roman Catholic Bishop of Sacramento