3

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
　WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:　　(916) 329-7400
Facsimile:　　 (916) 329-7435
Email:　　　　ppascuzzi@ffwplaw.com
　　　　　　　 jrios@ffwplaw.com
　　　　　　　 tphinney@ffwplaw.com
　　　　　　　 mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　　(415) 434-9100
Facsimile:　　 (415) 434-3947
Email:　　　　okatz@sheppardmullin.com
　　　　　　　 amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>　　　　Debtor in Possession. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN:　　　FWP-66<br><br>Date:　　　July 23, 2025<br>Time:　　　11:00 a.m.<br>Location:　Courtroom 35 (Dept. C)<br>Judge:　　 Hon. Christopher M. Klein |

**ORDER GRANTING DEBTOR'S MOTION TO: (1) APPROVE SALE OF REAL PROPERTY; AND (2) WAIVE 14-DAY STAY PERIOD**

1

Upon consideration of the motion of the Roman Catholic Bishop of Sacramento (the "<u>Debtor</u>") (the "<u>Motion</u>") for entry of an order (1) approving the private sale of the Subject Property, defined at paragraph 4 of the Motion, to TW Investment Partners, LLC (the "<u>Buyer</u>") for the purchase price of fifty thousand and 00/100 dollars ($50,000.00); and (2) waiving the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 6004(h); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that notice of the Motion was appropriate under the particular circumstances; and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. The Debtor is authorized to sell the Subject Property to the Buyer according to the terms of the Sale Agreement attached to the Exhibit List to the Motion as ***Exhibit A***.

3. This Order is effective immediately, the fourteen (14) day stay provisions of Bankruptcy Rule 6004(h) shall not be applicable.

4. The Debtor is authorized to take all actions necessary, including executing and recording all appropriate documents, to effectuate the relief granted in this Order in accordance with

Dated: July 25, 2025

_____
United States Bankruptcy Judge

///

///

///

///

the Motion.

5. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

STINSON LLP

By: /s/ Drew Glasnovich
　　　Drew Glasnovich
　　　Attorneys for the Official
　　　Committee of Unsecured Creditors

Dated:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court Judge