# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** The Roman Catholic Bishop of Sacramento

**Case No.:** 24-21326 - C - 11

**Docket Control No.** FWP-62

**Date:** 07/23/2025
**Time:** 11:00 AM

**Matter:** [1375] - Motion/Application for Compensation [FWP-62] by the Law Office of Greene and Roberts for Stephen J. Greene, Special Counsel(s) Filed by Special Counsel Stephen J. Greene (mgrs)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
 (by zoom) Debtor's Special Counsel – Stephen Greene
**Respondent(s):**
 Debtor's Attorney – Paul Pascuzzi;  United States Trustee's Attorney – Jason Blumberg;  (by zoom) Unsecured Creditor Committee's Attorney – Andrew Glasnovich;  (by zoom) Fee Examiner - Lori Lapin Jones

---

### CIVIL MINUTES

Motion taken under submission.

 **Chambers to prepare Order**