# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

THE ROMAN CATHOLIC BISHOP OF
SACRAMENTO,

         Debtor in Possession.

) Case No.  24-21326-C-11
) Docket Control No. FWP-62
)
)
) Date: July 23, 2025
) Time: 11:00 a.m.
) Dept: C

_____

### ORDER ON MOTION FOR COMPENSATION

Greene & Roberts, special counsel for The Roman Catholic Bishop of Sacramento, debtor-in-possession, brought an application for sixth interim compensation before the court on July 23, 2025 at 11:00 a.m.  This sixth interim fee application requests compensation in the amount of $109,467.00 in fees and $2,448.22 in expenses for the period of February 1, 2025 through March 31, 2025. The case fee examiner and applicant have mutually agreed to a reduction of $31.00 in fees. After a review of the record, the court took the matter as submitted.

11 U.S.C. § 331 permits the court to allow interim compensation and reimbursement for expenses to an applicant. The court will make an interim award of a portion of the amount requested, which award shall remain subject to refund if a lesser sum is awarded at the time the court eventually rules on an application for final compensation after all other issues are resolved.

**IT IS ORDERED** that Greene & Roberts, special counsel for The Roman Catholic Bishop of Sacramento, is awarded one hundred percent (100%) of the fees requested (amounting to $109,436.00)

and all costs requested (amounting to $2,448.22) as interim
compensation and reimbursement of expenses, which may be paid
subject to the terms of 11 U.S.C. § 726(b) from available funds
of the estate on the condition that funds are available to pay in
full all anticipated administrative expenses.

Dated: July 25, 2025

_____
United States Bankruptcy Judge

1

2

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

3

     The Clerk of Court is instructed to send the attached
document, via the BNC, to the following parties:

4

5

Paul J. Pascuzzi
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

6

7

Stinson LLP
c/o Robert T. Kugler
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402

8

9

Lori Lapin Jones
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021

10

11

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28