**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>        Debtor in Possession. | ) Case No. 24-21326-C-11<br>) Docket Control No. FWP-64<br>)<br>)<br>) Date: July 23, 2025<br>) Time: 11:00 a.m.<br>) Dept: C |

**ORDER ON MOTION FOR COMPENSATION**

Blank Rome LLP, special insurance counsel for The Roman Catholic Bishop of Sacramento, debtor-in-possession, brought an application for fifth interim compensation before the court on July 23, 2025 at 11:00 a.m. This fifth interim fee application requests compensation in the amount of $100,905.50 in fees and $0.00 in expenses for the period of April 1, 2025 through May 31, 2025. The case fee examiner and applicant have mutually agreed to a reduction of $1,898.80 in fees. After a review of the record, the court took the matter as submitted.

11 U.S.C. § 331 permits the court to allow interim compensation and reimbursement for expenses to an applicant. The court will make an interim award of a portion of the amount requested, which award shall remain subject to refund if a lesser sum is awarded at the time the court eventually rules on an application for final compensation after all other issues are resolved.

**IT IS ORDERED** that Blank Rome LLP, special insurance counsel for The Roman Catholic Bishop of Sacramento, is awarded one hundred percent (100%) of the fees requested (amounting to

$99,006.70), and all costs requested (amounting to $0.00) as interim compensation and reimbursement of expenses, which may be paid subject to the terms of 11 U.S.C. § 726(b) from available funds of the estate on the condition that funds are available to pay in full all anticipated administrative expenses.

Dated: July 25, 2025

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

    The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Paul J. Pascuzzi
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Stinson LLP
c/o Robert T. Kugler
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402

Lori Lapin Jones
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814