**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 24-21326 - C - 11
The Roman Catholic Bishop of       ) Docket Control No. FWP-65
Sacramento,
              Debtor.              ) Document No. 1419
                                   ) Date: 07/23/2025
                                   ) Time: 11:00 AM
                                   ) Dept: C
```

**Order**

For the reasons stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion is granted.

Dated: July 28, 2025

_____
United States Bankruptcy Judge

[1419] - Motion/Application to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [FWP-65] Filed by Debtor The Roman Catholic Bishop of Sacramento (msts)