7

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>       Debtor in Possession. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN: FWP-71<br><br>Date: October 15, 2025<br>Time: 11:00 a.m.<br>Location: Courtroom 35 (Dept. C)<br>Judge: Hon. Christopher M. Klein |

**GREENE & ROBERTS, LLP'S INTERIM FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2025, THROUGH AUGUST 31, 2025**

1

Greene & Roberts, LLP (hereinafter "G&R"), special counsel for The Roman Catholic Bishop of Sacramento, the debtor and debtor in possession (the "RCBS" or the "Debtor"), submits this application for compensation of fees and reimbursement of expenses (the "Application") as special corporate and litigation counsel for the Debtor pursuant to 11 U.S.C. §§ 105(a), 328, 330 and 331 for the three-month period of June 1, 2025 through and including August 31, 2025 (the "Application Period"). G&R requests authorization for the Debtor to pay the compensation from available funds of the estate. In support thereof, G&R respectfully submits the following:

## I. RELIEF REQUESTED

Through this Application, G&R requests an Order authorizing payment to G&R by the Debtor of the allowed fees and expenses and granting such other relief as the Court deems just and proper for the following:

| | |
|---|---|
| Name of Applicant: | **Greene & Roberts LLP ("G&R")** |
| Authorized to Provide Professional Services to: | **The Debtor as special corporate and litigation counsel** |
| Date of Retention: | **April 1, 2024, pursuant to Order dated April 23, 2024 [ECF No. 178]** |
| Period for Which Compensation and Reimbursement is sought: | **June 1, 2025, through August 31, 2025** |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$161,330.50** |
| Amount of G&R Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$2,319.84[1]** |

## II. CASE STATUS

To avoid unnecessary duplication, the case status is set forth in *Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP's Interim Fee Application for Services Rendered and Expenses Incurred for the Period of June 1, 2025, through August 31, 2025* as Bankruptcy Counsel for Debtor and incorporated herein by this reference.

---

[1] The expenses include amounts billed by LitServices LLC ("LitServices") totaling $1,546.66 for document production support services provided by LitServices from June 1, 2025 through August 31, 2025.

### III. SERVICES RENDERED AND COSTS INCURRED

**A.   The Itemization of Services Rendered and Disbursements Made by Category**

The following itemization breaks down the services rendered by G&R by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

**1.   Services Rendered**

A listing of the billing task categories showing the number of professional hours expended and fees incurred under each billing task category are shown below:

| Category | Hours | Fees |
| --- | --- | --- |
| A.   [B110] Case Administration | 27.50 | $10,267.50 |
| B.   [B210] Business Operations | 100.90 | $34,436.25 |
| C.   [B220] Employee Benefits/Pensions | 104.65 | $18,991.25 |
| D.   [B320] Plan and Disclosure Statement | 0.50 | $75.00 |
| E.   [L120] Analysis/Strategy | 53.60 | $20,100.00 |
| F.   [L160] Meeting/Communications | 39.40 | $14,775.00 |
| G.   [L160] Settlement/Non-Binding ADR | 65.20 | $20,985.00 |
| H.   [L320] Document Production | 123.90 | $41,700.500 |
| **Total** | **515.65** | **$161,330.50** |

A detailed itemization of the services rendered in the above Service Categories is set forth in G&R's Invoices, annexed to the Exhibit List as ***Exhibit A***. A substantial amount of G&R's services during the Application Period were billed under the categories of Business Operations and Document Production. Services for Business Operations included responding to issues with security, contracts with service providers, addressing issues related to subpoenas, contracts, board meetings, use agreements, cease and desist letters, and other operational issues.

Services in the category of Document Production primarily consisted of reviewing documents produced in response to Committee inquiries, supplemental production of documents, review of priest files, privilege log issues.

**2.   G&R Expense Disbursements Made**

The expenses incurred during the period covered by this Motion are as follows:

| Category | Total |
|---|---:|
| Photocopies | $256.75 |
| Delivery Services | $110.05 |
| Postage | $1.38 |
| Other/Filing Fees | $405.00 |
| **Total Expenses for G&R** | **$773.18** |
| LitService | $1,546.66 |
| **TOTAL** | **$2,319.84** |

As noted above, the expenses include amounts billed by LitServices totaling $1,546.66 for document production support services provided by LitServices from June 1, 2025 through August 31, 2025. LitServices has provided substantial support for the Debtor's production of over 110,000 pages of documents in response to approximately 130 document requests from the Committee. These services were necessary to among other things, (i) make supplemental productions of documents confidentially subject to the protective order, (ii) make supplemental productions of documents in the electronic format requested by the Committee, and (iii) to organize and properly track the document production of this magnitude.

**B.      The Itemization of Services Rendered by G&R Timekeepers**

The hours spent in this case during the Application Period for which G&R seeks compensation, the hourly rate for each attorney and paralegal and the resulting fees are as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---:|---:|
| Stephen J. Greene, Jr. | $375 | 221.75 | $83,156.25 |
| Stephen J. Greene, Jr. | $310 | 50.65 | $15,701.50 |
| Laura Borden Riddell | $375 | 120.00 | $45,000.00 |
| Maria G. Ayala | $150 | 104.80 | $15,720.00 |
| Legal Assistant | $95 | 18.45 | $1,752.75 |
| **Totals** | | **515.65** | **$161,330.50** |

The blended hourly rate for all services during this period is $312.87 per hour.

This is Counsel's seventh interim fee motion. The first interim fee motion was filed on July

4

Case No. 24-21326
G&R Interim Fee Application

1  3, 2024 [ECF No. 480] requesting $114,305.00 in fees and $1,500.96 in expenses. The Order
2  granting the first interim fee motion in full was entered on August 12, 2024 [ECF No. 590]. The
3  second interim fee motion was filed on September 18, 2024 [ECF No. 640] requesting $94,196.91
4  in fees and $13,583.24 in expenses (including litigation support fees for LitServices). The order
5  granting the second interim fee motion in full was entered on October 30, 2024 [ECF No. 815].
6  The third interim fee motion was filed on December 19, 2024 [ECF No. 976] requesting
7  $148,482.25 in fees and $9,234.98 in expenses (including litigation support fees for LitServices).
8  The order granting the third interim fee motion in full was entered on February 6, 2025 [ECF No.
9  1058]. The fourth interim fee motion was filed on February 13, 2025 [ECF No. 1126] requesting
10 $82,107.50 in fees and $2,880.22[2] in expenses. The order granting the fourth interim fee motion
11 in full after adjustment per agreement with the fee examiner, was issued on March 21, 2025 [ECF
12 No. 1181] and the Debtor paid the allowed amount of $81,715.50 in fees plus $2,880.22 in
13 expenses. The fifth interim fee motion was filed on April 17, 2025 [ECF No. 1234] requesting
14 $91,495.75 in fees and $1,466.58 in expenses. The order granting the fifth interim fee motion in
15 full after adjustment per agreement with the fee examiner, was issued on May 29, 2025 [ECF No.
16 1300] and the Debtor paid the allowed amount of $91,420.75 in fees plus $1,466.58 in expenses.
17 The sixth interim fee motion was filed on June 17, 2025 [ECF No. 1375] requesting $109,467.00
18 in fees and $2,448.22 in expenses. The order granting the sixth interim fee motion in full after
19 adjustment per agreement with the fee examiner, was issued on July 25, 2025 [ECF No. 1502] and
20 the Debtor paid the allowed amount of $109,436.00 in fees plus $2,448.22 in expenses. G&R's
21 retainer balance as of August 31, 2025, was $84,989.50.

22       G&R's monthly invoices submitted herewith and incorporated herein as **Exhibit A** to the
23 Exhibit List, consist of a daily breakdown of the time spent by each person on each day and of the
24 expense disbursements during the Application Period. The billing statements are chronological
25 and include the corresponding task billing code, the content of the billings included in each task
26 code is generally explained in paragraph 11 of the Greene Dec.

---

27 [2]     The expenses included amounts billed by LitServices totaling $1,897.91 for document
28 production support services provided by LitServices from December 1, 2024 through January 31, 2025.

A true and correct copy of G&R ABA Task Summary Billing Report for the Application Period is attached to the Exhibit List as *Exhibit B*.

Attached to the Exhibit List as *Exhibit C* is a summary of customary and comparable compensation prepared by G&R describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. The summary gives defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

Attached to the Exhibit List as *Exhibit D* is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and G&R. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. G&R is not submitting a detailed staffing plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

Attached to the Exhibit List as *Exhibit E* is a true and correct copy of LitServices invoice. The amount billed on the LitServices invoice is $1,546.66.

### IV.   CONCLUSION

Based on all of the above, Greene & Roberts respectfully requests this Court to enter its order approving on an interim basis the compensation sought and reimbursement of expenses requested as fair, reasonable, and necessary to the estate, and entering an order specifically providing as follows:

1. Approving on an interim basis professional fees in the amount of $161,330.50 to be paid by the Debtor and reimbursement of expenses in the amount of $2,319.84, including the expenses for LitServices for a total payment of $163,650.34 for the Application Period of June 1, 2025, through and including August 31, 2025, as fair, reasonable, and necessary to this matter;

2. Authorizing the Debtor in Possession to pay Greene & Roberts the approved fees and costs from available funds of the estate; and

///

///

///

3. For such other and further relief as the Court deems just.

Dated: September 9, 2025

GREENE & ROBERTS, LLP

By: _____
Stephen J. Greene, Jr.
Special Corporate and Litigation Counsel for The Roman Catholic Bishop of Sacramento

Dated: September 9, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Jason E. Rios
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Bishop of Sacramento

Dated: September 9, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Bishop of Sacramento