**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>        Debtor in Possession. | Case No. 24-21326-C-11<br>Docket Control No. BB-5<br><br>Date: October 15, 2025<br>Time: 11:00 a.m.<br>Dept: C |

**ORDER ON MOTION FOR COMPENSATION**

    Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors in the case of The Roman Catholic Bishop of Sacramento, debtor-in-possession, brought an application for fifth interim compensation before the court on October 15, 2025 at 11:00 a.m. This fifth interim fee application requests compensation in the amount of $82,608.00 in fees and $5,312.85 in expenses for the period of June 1, 2025 through August 31, 2025. The case fee examiner has no objection to the requested fees. After a review of the record, the court took the matter as submitted.

    11 U.S.C. § 331 permits the court to allow interim compensation and reimbursement for expenses to an applicant. The court will make an interim award of a portion of the amount requested, which award shall remain subject to refund if a lesser sum is awarded at the time the court eventually rules on an application for final compensation after all other issues are resolved.

    **IT IS ORDERED** that Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors in the case of

1  The Roman Catholic Bishop of Sacramento, is awarded one hundred
2  percent (100%) of the fees requested (amounting to $82,608.00),
3  and all costs requested (amounting to $5,312.85) as interim
4  compensation and reimbursement of expenses, which may be paid
5  subject to the terms of 11 U.S.C. § 726(b) from available funds
6  of the estate on the condition that funds are available to pay in
7  full all anticipated administrative expenses.

Dated: October 16, 2025

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Paul J. Pascuzzi
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Stinson LLP
c/o Robert T. Kugler
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402

Keller Benvenutti Kim LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Lori Lapin Jones
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814