6

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN:     FWP-106 |
| Debtor in Possession. | Date:     April 22, 2026<br>Time:     11:00 a.m.<br>Location:     Courtroom 35 (Dept. C)<br>Judge:     Hon. Christopher M. Klein |

**NOTICE OF HEARING ON DEBTOR'S MOTION TO: (1) APPROVE PUBLIC SALE OF PARISH REAL PROPERTY (Colusa); AND (2) WAIVE 14-DAY STAY PERIOD**

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Bishop of Sacramento, the debtor and debtor in possession ("Debtor" or "RCBS"), in the above-captioned chapter 11 case (the "Bankruptcy Case"), and as trustee of the Roman Catholic Diocese of Sacramento Master Irrevocable Trust (the "Irrevocable Trust"), has filed a *Motion to: (1) Approve Public Sale of Parish Real Property (Colusa); and (2) Waive 14 Day Stay Period* (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Christopher M. Klein on April 22, 2026, at 11:00 a.m. at the United States Bankruptcy Court, Eastern District of California, Sacramento Division, located at 501 I Street, Courtroom 35 (Department C), Sacramento, California, 95814 (the "Hearing").

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Thomas McNamara in Support of Chapter 11 Petition and First Day Motions* [ECF No. 12] ("McNamara Background Dec."), the *Declaration of Stephen J. Greene, Jr., in Support of Chapter 11 Petition and First Day Motions* [ECF No. 13] ("Greene Dec."), the *Declaration of Thomas McNamara* ("McNamara Dec.") in support of the Motion, the exhibits filed in support of the Motion, the pleadings and papers on file in this case, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the hearing on the Motion.

By this Motion, the RCBS, solely in its capacity as trustee of the Irrevocable Trust, asks the Court for entry of an order: (1) approving the public sale by the Pastor of Our Lady of Lourdes Parish, Colusa, a corporation sole (the "Lourdes Parish") of real property located within the City of Colusa, County of Colusa, State of California, and bearing Assessor's Parcel Numbers 015-200-077-000, 078-000, and 079-000 (the "Subject Property"), to George C. Madsen and Angela M. Madsen (collectively, the "Buyers") for the purchase price of two hundred fifty thousand dollars ($250,000), subject to overbidding through the conclusion of the sale hearing; and (2) waiving the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure Rule 6004(h).

The Subject Property was acquired by the Lourdes Parish on or about August 2001. The Lourdes Parish, with its real estate brokers, Keller Williams Realty and Peter F. Brennan, Inc. (the "Lourdes Parish Brokers"), negotiated the sale of the Subject Property and entered into the Sale Agreement (defined below). The purchase price for the Subject Property is the result of extensive

negotiations, is the highest and best offer that the Lourdes Parish has received, and is in line with current market prices. Moreover, and as set forth below, the Lourdes Parish and the RCBS (in its sole role as trustee of the Irrevocable Trust) are subjecting the value of the Subject Property to further market testing by permitting qualified bidders to overbid at the Court hearing. Accordingly, all parties in interest can be satisfied that the consideration received for the Subject Property will be fair and reasonable. While this sale is not of property of the estate, the Debtor files this Motion because the Debtor holds legal title solely as trustee for the benefit of the Lourdes Parish, so it technically is a transfer by the Debtor, to ensure full disclosure of the transaction to all parties in interest, and because the title company requires Court approval to insure title to the land.

Subject to Bankruptcy Court approval, the Lourdes Parish has entered into a sale agreement with the Buyers providing for the Buyers' purchase of the Subject Property (the "Sale Agreement").[1] The essential terms of the Sale Agreement include the following: (1) the Buyers shall purchase the Subject Property for the purchase price of $250,000.00 on an "as-is" basis; (2) the Buyers shall pay for the Natural Hazard Zone Disclosure Report, including tax information; (3) the Buyers and the Lourdes Parish shall equally pay for: (a) the county transfer taxes and fees; (b) city transfer taxes and fees; (c) the Owner's title insurance policy; and (d) escrow fees; and (4) the sale is subject to overbidding at the hearing on this Motion to approve the Sale Agreement.

Subject to Bankruptcy Court approval, the sale will be subject to the following overbid procedures: Any potential overbidder is required, at least seven (7) days prior to the Hearing, to provide the RCBS with a deposit by cashier's check in the amount of $7,000 ($2,000 deposit + 1st overbid in the amount of $5,000) and provide proof of funds for the balance of the purchase price. Any further overbidding shall proceed in increments of at least $1,000.00. Overbids must be in all-cash or cash equivalents, without contingencies, and otherwise on the same terms as contained in the Sale Agreement.

---

[1] The Sale Agreement is attached to the Exhibit List as *Exhibit 1*. The terms of the Sale Agreement are summarized herein for the convenience of the Court and parties in interest. To the extent that there are any discrepancies, the terms of the Sale Agreement shall govern. Capitalized terms used in this summary that are not defined herein shall have the meanings ascribed to them in the Sale Agreement.

**NOTICE IS FURTHER GIVEN** that in the event the RCBS receives one or more additional qualified bids at least seven days prior to the Hearing, an auction shall commence at the Hearing, at the above-captioned time and place.

**NOTICE IS FURTHER GIVEN** that the matter will be conducted simultaneously: (1) In Person, at Sacramento Courtroom #35, (2) via ZoomGov Video, (3) via ZoomGov Telephone, and (4) via CourtCall. You may choose any of these options. Parties who wish to appear at the Hearing remotely should sign up by 4:00 p.m. one business day prior to the Hearing. Information regarding how to sign up can be found on the Remote Appearances page of the court's website at https://www.caeb.uscourts.gov/Calendar/CourtAppearances. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the Hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must do all of the following:

a.		On or before **April 8, 2026,** file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1(f)(1)(B), explaining your position, and serve your opposition. Your opposition must be filed at 501 I Street, Suite 3-200, Sacramento, California, 95814. **If you do not timely file a written opposition, the court may deem the Motion unopposed, remove the Motion from the calendar, rule on the Motion before the Hearing, and may strike any untimely written opposition. Simply appearing at the Hearing is not sufficient to protect any rights you may have.**

b.		Any opposition or response must be filed and served on the Limited Service List as provided in the *Final Order Granting Debtor in Possession's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims* at ECF No. 268. The updated Limited Service List may be obtained from the Donlin Recano website listed below.

CASE NO. 24-21326
NOTICE OF HEARING ON MOTION FOR
SALE OF REAL PROPERTY

Attend the Hearing scheduled on **April 22, 2026, at 11:00 a.m.** at the United States Bankruptcy Court, Sacramento Division, located at Courtroom 35, 501 I Street, 6th Floor, Courtroom 35 (Department C), Sacramento, California, 95814, before the Honorable Christopher M. Klein, United States Bankruptcy Judge.  If you or your attorney do not attend, the Court may decide that you do not oppose the relief sought in the Motion and may enter orders granting the relief requested.

**NOTICE IS FURTHER GIVEN** that you can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the Hearing.  Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**NOTICE IS FURTHER GIVEN** that this Notice does not contain all the particulars of the Motion or supporting documents for the Motion, nor does it summarize all the evidence submitted in support of the Motion.  For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website, https://www.donlinrecano.com/rcbsacramento free of charge.

You may also access these documents from the Court's PACER system (requires a subscription).  The web page address for the United States Bankruptcy Court for the Eastern District of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case Management/Electronic Case Filing System (CM/ECF system) and PACER registration.

///

///

///

///

///

///

///

5

**NOTICE IS FURTHER GIVEN** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: March 24, 2026                    FELDERSTEIN FITZGERALD WILLOUGHBY
                                         PASCUZZI & RIOS LLP

                              By:    /s/ Paul J. Pascuzzi
                                     Paul J. Pascuzzi
                                     Jason E. Rios
                                     Mikayla E. Kutsuris
                                     Attorneys for The Roman Catholic
                                     Bishop of Sacramento

Dated: March 24, 2026                    SHEPPARD, MULLIN, RICHTER & HAMPTON
                                         LLP

                              By:    /s/ Ori Katz
                                     Ori Katz
                                     Alan H. Martin
                                     Attorneys for The Roman Catholic
                                     Bishop of Sacramento

6